COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
STEPHEN RICHARDS (308868)
(srichards@cooley.com)
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

Attorneys for Defendants
Odonate Therapeutics, Inc., Kevin C. Tang,
Michael Hearne and John G. Lemkey

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KENDALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE, and JOHN G. LEMKEY,<br><br>Defendants. | Case No. 3:20-cv-01828-H-LL<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date: August 16, 2021<br>Time: 10:30 a.m.<br>Courtroom: 15A[1]<br>Judge: Hon. Marilyn L. Huff<br><br>**Oral Argument Requested**<br><br>**Demand for Jury Trial** |

---

[1] The Court's standing order currently provides for telephonic hearings, and Plaintiff wishes to state a preference that the hearing be held telephonically or via Zoom.

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DEFENDANTS' NOTICE OF MOTION &
MOTION TO DISMISS SAC
CASE NO. 3:20-CV-01828-H-LL

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 16, 2021, at 10:30 a.m., or as soon thereafter as this Motion may be heard in the above-entitled Court, located at 333 West Broadway, San Diego, CA 92101, defendants Odonate Therapeutics, Inc., Kevin C. Tang, Michael Hearne, and John G. Lemkey (collectively, "Defendants") will and hereby do move the Court, pursuant to Rules 8, 9 and 12(b)(6) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995, Section 21D(b) of the Securities Exchange Act of 1934, as amended, 15 U.S.C. § 78u-4, *et seq.*, for an order dismissing Plaintiff's Second Amended Complaint for Violations of the Federal Securities Laws ("SAC") for failure to state a claim upon which relief can be granted.  Defendants' Motion is based on the grounds that: (1) the SAC is improperly puzzle-pled; (2) Plaintiff fails to adequately plead a false or misleading statement; and (3) Plaintiff fails to adequately plead scienter.  This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in Support of Defendants' Motion to Dismiss the SAC, the Request for Judicial Notice and for Incorporation by Reference in Support of Defendants' Motion to Dismiss the SAC filed concurrently herewith, the Declaration of Ryan E. Blair in support of the Motion to Dismiss the SAC and exhibits thereto filed concurrently herewith, all pleadings and papers on file in this matter, and such other matters as may be presented to this Court at the hearing or otherwise.

Dated:     May 13, 2021            COOLEY LLP

By: */s/ Ryan E. Blair*
        Ryan E. Blair (246724)

Attorneys for Defendants
Odonate Therapeutics, Inc., Kevin C. Tang, Michael Hearne, and John G. Lemkey

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

DEFENDANTS' NOTICE OF MOTION &
MOTION TO DISMISS SAC
CASE NO. 3:20-CV-01828-H-LL