# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

KEVIN KENDALL, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE, and JOHN G. LEMKEY,

Defendants.

Case No. 3:20-cv-01828-H-LL

**SUPPLEMENTAL DECLARATION OF RYAN E. BLAIR IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

Judge: Hon. Marilyn L. Huff

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

**SUPP. BLAIR DECLARATION
ISO MOTION TO DISMISS SAC
CASE NO. 3:20-CV-01828-H-LL**

I, Ryan E. Blair, hereby declare as follows:

1.    I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court.  I am a partner with the law firm of Cooley LLP, attorneys of record for defendants Odonate Therapeutics, Inc. ("Odonate"), Kevin C. Tang, Michael Hearne, and John G. Lemkey (collectively, "Defendants").  I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2.    Attached as **Exhibit W** is a true and correct excerpted and highlighted copy of the transcript from Odonate's investor and analyst call held on December 11, 2020.

3.    Below is an updated Exhibit Index which includes **Exhibit W** in addition to the exhibits previously attached to my original declaration.  (Dkt. 25-2.)

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed on July 26, 2021, in San Diego, California.

/s/ Ryan E. Blair
Ryan E. Blair

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

## Exhibit Index

| Ex. | Description | Page No. |
|-----|-------------|----------|
| **A** | Odonate's Prospectus filed with the United States Securities and Exchange Commission ("SEC") on Form 424B4 on Dec. 8, 2017 (referred to in the SAC as the "Registration Statement") | 7-10 |
| **B** | Odonate's Form S-1 filed with the SEC on Nov. 13, 2017 | 11-14 |
| **C** | Odonate's Form 10-K for the fiscal year of 2017 filed with the SEC on Feb. 14, 2018 | 15-17 |
| **D** | Odonate's Form 10-K for the fiscal year of 2018 filed with the SEC on Feb. 22, 2019 | 18-21 |
| **E** | Odonate's Form 10-K for the fiscal year of 2019 filed with the SEC on Feb. 20, 2020 | 22-34 |
| **F** | Odonate's Form 10-K for the fiscal year of 2020 filed with the SEC on Feb. 23, 2021 | 35-39 |
| **G** | Article from *Biostatistics*, Vol. 20, Issue 2, April 2019 titled "*Estimation of clinical trial success rates and related parameters*" authored by Chi Heem Wong, Kien Wei Siah, and Andrew W. Lo. | 40-41 |
| **H** | Cowen Equity Research report titled, "*CONTESSA Data Preview*" and published on Aug. 10, 2020 | 42-45 |
| **I** | Jefferies Equity Research report titled, "*Q2 In-Line…Scenarios for the Long-Awaited "Big" Phase III Data This Q…*" and published on Jul. 30, 2020. | 46-48 |
| **J** | Odonate's press release titled, "*Odonate Therapeutics Announces Positive Top-line Results from CONTESSA, a Phase 3 Study of Tesetaxel in Patients with Metastatic Breast Cancer*" and released on Aug. 24, 2020 | 49-51 |
| **K** | Transcript of Odonate's Special Call, which occurred on Aug. 24, 2020 | 52-57 |
| **L** | FDA label for capecitabine | 58-63 |
| **M** | FDA label for docetaxel | 64-66 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

SUPP. BLAIR DECLARATION
ISO MOTION TO DISMISS SAC
CASE NO. 3:20-cv-01828-H-LL

| Ex. | Description | Page No. |
|---|---|---|
| **N** | Cowen Equity Research report titled, "*CONTESSA Data Are Supportive of Tesetaxel's Approval and Adoption*" and published on Aug. 24, 2020 | 67-69 |
| **O** | Jefferies Equity Research report titled, "*Positive Phase III Breast Cancer Data, Key De-risking, and Perhaps Some Debate*" and published on Aug. 24, 2020 | 70-71 |
| **P** | Odonate's Prospectus Supplement filed with the SEC on August 26, 2020 | 72-74 |
| **Q** | Cowen Equity Research report titled, "*Downgrade: Development of Tesetaxel Discontinued, Moving to Market Perform*" and published on Mar. 22, 2021 | 75-76 |
| **R** | Jefferies Equity Research report titled, "*Discontinuation of Lead and Sole Asset – DG to Hold…Cash ~ $3.50/share*" and published on Mar. 22, 2021 | 77-78 |
| **S** | May 2019 Odonate Corporate Presentation | 79-81 |
| **T** | June 2019 Odonate Corporate Presentation | 82-84 |
| **U** | Odonate's Form 10-Q for the third quarter of fiscal year 2020 filed with the SEC on Oct. 28, 2020 | 85-87 |
| **V** | Kevin Tang's compiled Form 4s, demonstrating Odonate stock purchases, filed with the SEC between December 7, 2017, and December 23, 2020 | 88-156 |
| **W** | Transcript of Odonate's investor and analyst call, which occurred on December 11, 2020 | 157-161 |

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3

**SUPP. BLAIR DECLARATION
ISO MOTION TO DISMISS SAC
CASE NO. 3:20-CV-01828-H-LL**