# Exhibit W

REFINITIV STREETEVENTS

# EDITED TRANSCRIPT

ODT.OQ - Odonate Therapeutics Inc to Host Virtual Investor and Analyst Event

EVENT DATE/TIME: DECEMBER 11, 2020 / 7:00PM GMT

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

Exhibit W

REFINITIV  Page 158

## CORPORATE PARTICIPANTS

**Kevin Tang** *Odonate Therapeutics, Inc. - CEO*

**Lee Schwartzberg** *West Cancer Center & Research Institute - Chief Medical Director*

**Andrew Seidman** *Bobst International Center - Medical Director*

## CONFERENCE CALL PARTICIPANTS

**Michael Yee** *Jefferies - Analyst*

**Adam Evertts** *LifeSci Capital, LLC - Analyst*

**Marc Frahm** *Cowen and Company - Analyst*

**Paul Choi** *Goldman Sachs - Analyst*

## PRESENTATION

**Operator**

Hello, everyone, and welcome to the Odonate Therapeutics Virtual Investor and Analyst Event. (Operator Instructions)

At this time, I would like to turn the call over to Kevin Tang, Chief Executive Officer of Odonate Therapeutics.

---

**Kevin Tang** *- Odonate Therapeutics, Inc. - CEO*

Great. Thank you, Kevin, and thank you all for tuning in today on a busy Friday of San Antonio. Let me mention, to begin, if you are on the dial-in, and are not looking at the webcast. The slides for the presentation today are on our website at www.odonate.com under the presentation section. So you can access those there.

I also want to mention we will be making forward-looking statements in this presentation. Those are associated with certain risks and uncertainties, and we remind the audience that they can learn more about those on our SEC filings on sec.gov.

So I do want to mention a very important part of our event today will be our featured guests. We are very fortunate to have two experts joining this call, Dr. Lee Schwartzberg, who is the Chief Medical Director of West Cancer Center & Research Institute; and Dr. Andy Seidman, who is the Medical Director of the Bobst International Center at Memorial Sloan Kettering. And so we are honored to have them join this call to hopefully provide some clinical perspective to the new data, we will be reviewing today.

And so the agenda is as follows, I will give a brief background on tesetaxel, and I will summarize the hot off the press presentation made this morning by Dr. Joyce O'Shaughnessy at the San Antonio Breast Cancer Symposium on the contest results, and then we will open the call up to Q&A with Dr. Schwartzberg and Dr. Seidman.

So a brief background, and probably well-known to this audience, unfortunately, breast cancer remains a major problem, both here and worldwide. It remains the number one or number two most common form of cancer worldwide, and also remains the number one or number two cause of cancer deaths in women worldwide. And so there is clearly still an unmet medical need for new treatments.

And a way to measure the benefit of potential new treatments can be depicted here where the desires to strike a balance between efficacy, which is measured as prolonging the period in which your tumor stays under control. But together, very importantly with that is to try to maximize tolerability and quality of life, tolerability can be encapsulated by the side effects of a drug and quality of life, a very important part of that is how the drug is administered and how much -- how easy or difficult that is for the patients.

REFINITIV STREETEVENTS | www.refinitiv.com | Contact Us

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Exhibit W**

**Page 159**



And a very good example of a major advance for patients with metastatic breast cancer in particular, patients with hormone receptor positive disease is a class of drugs called the CDK 4/6 inhibitors. And here, we summarize some data from palbociclib or Ibrance, where they showed a nice benefit in progression-free survival in a add-on trial design where they added Ibrance to a hormone therapy versus the hormone therapy alone.

And they achieve this with an oral capsule that aside from hematologic side effects or lowering of blood counts has relatively mild toxicity. And so that has been a big benefit for patients with hormone receptor positive disease.

And you can see here on the right side, the dark purple side here in the middle tier, what you can see as most patients get endocrine therapy or hormone therapy with a CDK 4/6 inhibitor first before they go on to get chemotherapy. But it's notable that even with the advance of the CDK 4/6 inhibitor, almost all patients do indeed progress on to require chemotherapy and this is where we think there is a potential opportunity for an advancement versus what are very old options that are available today.

And those options here you can see, there are really two major categories, capecitabine, which is often used and used because of the fact that it can be given orally is often chosen before the IV options. But the other option, of course, are the taxanes, which are known to have good activity in metastatic breast cancer. Those are the hashed part of the pie chart on the upper right.

Now while the taxanes have very good antitumor activity, they, of course, are all given intravenously. And while the convenience factor is an important element of meeting to go to an infusion center on a weekly basis, maybe more important to that is the psychological toll that having to do that takes on patients. And it's the anxiety and the heightened awareness of the life-threatening nature of your disease that comes along with going to an infusion center every week that makes an oral option desirable to put that off as long as you can.

And so it's with those -- that background in mind that tesetaxel was designed and is being developed. And what you can see on this diagram is tesetaxel, on the one hand, is identified as a taxane because of this taxane core identified in blue here but on the other hand, it is a distinct chemical entity with very, very different properties from the approved taxanes. And those include in the table below the diagram here, the fact that it is the only taxing to not be e-fluxed by the PGP pump, and that makes it the first taxane to be inherently orally bioavailable. It also is dramatically more soluble than the other taxanes, which makes it much easier to formulate, and it also has a dramatically higher a half-life, which means it persists in your bloodstream and in your body much, much longer.

And the long half-life can be seen on this next slide here, in the graph on the left, you see the PK curves or the curves of the blood levels of tesetaxel in pink, given only once every three weeks for paclitaxel in purple, given every week, three weeks on, one week off. And you can see that even though tesetaxel is given with one-third the frequency, the trough levels are maintained much, much higher because of the very long half-life of the drug.

And so what that means on the far right of the slide and what patients will see is that the drug can be given orally it only has to be taken once every three weeks. Because the drug is very potent, it is a very low pill burden at only two to five capsules. And because it is inherently very soluble, it does not formulate it with things that cause allergic reactions, and therefore, you don't need the pre-medication to prevent the allergic reactions that you need with paclitaxel. So that is the embodiment of how the drug is administered and potentially a very big advantage over the current taxane options.

Now that is only important in so far as the drug, of course, has proven to be safe and effective. And so that foundation was the beginning of a lot of work to demonstrate the clinical profile of the drug. And perhaps the first important step there is to establish the profile of the drug as a single agent in or as a monotherapy in patients with metastatic breast cancer. So this study was conducted at four major centers in the United States and presented by Dr. Seidman at ASCO two years ago.

And in this study, tesetaxel was given as 27 milligrams per meter squared once every three weeks. That's the same dosing regimen as the Phase 3 you will hear about in a moment. But in this study, it was given alone or, i.e. as a monotherapy. And you can see on the right side that about half the patients had a prior taxane before they went on to this study, nearly 90% had visceral disease, and you can see the target organs on the bottom right here.

**Exhibit W**

**Page 160**

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.



REFINITIV

This slide shows the efficacy on a patient-by-patient basis. So this is a so-called waterfall plot. Each bar represents an individual patient. This is an ITT analysis. So we are including all patients with hormone receptor positive disease that were in the study. And you can see about 80% of the patients had tumor shrinkage. And the pink bars here are so-called confirmed RECIST responders, which meant they had tumor shrinkage on two sequential scans that were at least 28 days apart. And by this most rigorous measurement of tumor response, 45% of the 38 patients had a confirmed response, which is a very significant response rate for a monotherapy in this setting.

Now importantly, as mentioned on that slide at the beginning, efficacy needs to be measured in the context of tolerability and here, we show all of the data from the entire Phase 1 and 3 program of tesetaxel monotherapy at the Phase 3 dose of 27 mgs per meter squared given once every three weeks. And what you can see is neutropenia is, in fact, the dose-limiting toxicity. In 32% of patients, there was Grade 3 or higher neutropenia that is consistent with other taxanes, febrile neutropenia rate of about 3%. And you can see notably the non-hematologic adverse events were quite low with very low rates of neuropathy, GI toxicity and clinically significant alopecia, grade 2 alopecia, all in the low to mid-single digits.

So with this positive experience, the company went to the FDA to discuss registration study, and we're very pleased to the reporting on Dr. O'Shaughnessy's report this morning of CONTESSA, the results of CONTESSA that were presented in an oral presentation at San Antonio this morning.

And so now I'm going to summarize her presentation. We included all of our slides. I will skip over a couple that are redundant with the introduction I just gave, but we did want to include all of the slides, so you have those to refer to.

So the design of the study is shown here. This was a randomized study comparing the FDA-approved dose of capecitabine on the bottom right there to a lower dose of capecitabine plus tesetaxel at the same dose I've been discussing. And the eligibility criteria can be seen on the left again, same study population as the monotherapy study I just mentioned, HR-positive HER2-negative patients. Importantly, all patients had a prior taxane, arguably a higher bar for a study looking at a taxane to require all patients that have had a prior taxane already. And to make that point further, there was no restriction on the disease-free interval or how well they did, if you will, on the prior taxane. So even if they had a short disease-free interval on the prior taxane, they were allowed in this study.

They could have any number of prior endocrine therapies. And of course, also any number of prior targeted therapies that go along with those endocrine therapies such as the CDK 4/6 inhibitors discussed previously.

So the primary endpoint of this study was progression-free survival as assessed by an independent Radiologic Review Committee. The study was powered to show a 2.5-month benefit in PFS, and then the secondary endpoints were overall survival, overall response rate and disease control rate.

The baseline characteristics are shown here. As a side note, I will mention, in our design of the study, it was very important to both the FDA and our collaborators that the study indeed enrolled a patient population that was representative of modern care. And so we were very deliberate in which sites we chose and what countries we included in our study to try to ensure that the patient population where we were studying was befitting for a registration study for the U.S. FDA and for the EMA. And that is reflected on this slide. You can see that 45% of the patients in the study were from North America, 37% Europe, and about 18% Asia Pacific.

You can see here approximately -- or 100% of the patients in the study received a prior taxane. As I mentioned, that was a requirement. And you can see as well, about half of the patients had a CDK 4/6 inhibitor before entering our study, and then you can see the disease-free interval on the prior taxane was less than two years in about one-third of patients. Lastly, visceral disease was present in about 80% of patients.

So the primary efficacy readout can be seen here. The primary endpoint was met. The PFS benefit at the median was 2.9 months for an improvement from 6.9 months in the capecitabine alone arm to 9.8 months in the tesetaxel plus capecitabine arm. The hazard ratio was spot on with our powering assumption of 0.716, and the p-value was highly significant at 0.003.

The treatment effect was similar across subgroups. And to point out a few notable ones, you can see the disease-free interval, the effects in patients with a short disease-free interval from the prior taxane was just as good as the effect on patients with a longer disease-free interval. Again, not

©2020 Refinitiv. All rights reserved. Republication or redistribution of Refinitiv content, including by framing or similar means, is prohibited without the prior written consent of Refinitiv. 'Refinitiv' and the Refinitiv logo are registered trademarks of Refinitiv and its affiliated companies.

**Exhibit W**

**Page 161**

