# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KENDALL, individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE, and JOHN G. LEMKEY,<br><br>                                    Defendants. | Case No.:  3:20-cv-01828-H-LL<br><br>**ORDER SUBMITTING MOTION TO DISMISS AND VACATING HEARING**<br><br>[Doc. No. 25.] |

On May 13, 2021, Defendants Odonate Therapeutics, Inc., Kevin C. Tang, Michael Hearne, and John G. Lemkey filed a motion to dismiss Plaintiff's second amended complaint for failure to state a claim. (Doc. No. 25.) A hearing on the matter is currently scheduled for August 16, 2021 at 10:30 a.m. The Court, pursuant to its discretion under the Local Rule 7.1(d)(1), determines the matter is appropriate for resolution without oral argument, submits the motion on the parties' papers, and vacates the hearing.

   **IT IS SO ORDERED.**

DATED: August 3, 2021

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

1