POMERANTZ LLP
Jennifer Pafiti (282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorneys for Plaintiff Kevin Kendall
and Co-Lead Counsel for the Class*

*[Additional Counsel on Signature Page]*

COOLEY LLP
Koji F. Fukumura (189719)
kfukumura@cooley.com
Ryan E. Blair (246724)
rblair@cooley.com
Stephen Richards (308868)
srichards@cooley.com
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

*Attorneys for Defendants Odonate
Therapeutics, Inc., Kevin C. Tang,
Michael Hearne, and John G. Lemkey*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

KEVIN KENDALL, Individually and on Behalf of All Others Similarly Situated,

                                        Plaintiff,

        v.

ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE, and JOHN G. LEMKEY,

                                        Defendants.

Case No.:  3:20-cv-01828-H-LL

**JOINT MOTION TO ENTER STIPULATION TO STAY PROCEEDINGS PENDING SETTLEMENT**

1

Pursuant to Civil Local Rule 7.2, Lead Plaintiff Kevin Kendall ("Lead Plaintiff") and Defendants Odonate Therapeutics, Inc., Kevin C. Tang, Michael Hearne, and John G. Lemkey ("Defendants" and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel, submit this Joint Motion to Enter Stipulation to Stay Proceedings Pending Settlement, and state as follows:

**WHEREAS,** on April 13, 2021, Lead Plaintiff filed the Second Amended Complaint for Violations of the Federal Securities Laws, which is the operative class action complaint ("SAC") (Doc. No. 24);

**WHEREAS,** on August 4, 2021, the Court entered an Order denying Defendants' MTD (Doc. No. 36);

**WHEREAS,** on September 3, 2021, Defendants answered the SAC (Doc. No. 37);

**WHEREAS,** the Parties have reached an agreement in principle to settle this litigation in its entirety, subject to work on the settlement documents which is ongoing; a

**NOW, THEREFORE,** the Parties, subject to the approval of the Court, hereby stipulate and agree as follows:

1. All deadlines are stayed pending finalization of the settlement and the proceedings are stayed except as necessary for the Court to consider the proposed settlement and to rule upon settlement-related motions as they are filed.

2. The Parties do not seek the stay for any improper purpose such as undue delay and it will not harm or prejudice either party to the Action. The Parties further submit a stay is appropriate in this Action as it will conserve judicial resources and promote judicial efficiency.

JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT
3:20-cv-01828-H-LL

Dated: October 26, 2021                    POMERANTZ LLP

                                           */s/ Matthew L. Tuccillo*
                                           Matthew L. Tuccillo
                                           (admitted *pro hac vice*)
                                           Jennifer Banner Sobers
                                           (admitted *pro hac vice*)
                                           600 Third Avenue
                                           New York, New York 10016
                                           Telephone: (212) 661-1100
                                           mltuccillo@pomlaw.com
                                           jbsobers@pomlaw.com

                                           POMERANTZ LLP
                                           Jennifer Pafiti (282790)
                                           1100 Glendon Avenue, 15th Floor
                                           Los Angeles, California 90024
                                           Telephone: (310) 405-7190
                                           jpafiti@pomlaw.com

                                           HOLZER & HOLZER, LLC
                                           Corey D. Holzer
                                           (admitted *pro hac vice*)
                                           1200 Ashwood Parkway, Suite 410
                                           Atlanta, Georgia 30338
                                           Telephone: (770) 392-0090
                                           cholzer@holzerlaw.com
                                           *Attorneys for Lead Plaintiff Kevin Kendall and Co-
                                           Lead Counsel for the Class*

3

JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT
3:20-cv-01828-H-LL

Dated: October 26, 2021

COOLEY LLP

*/s/ Koji F. Fukumura*
Koji F. Fukumura (189719)
Ryan E. Blair (246724)
Stephen Richards (308868)
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone: (858) 550-6000
kfukumura@cooley.com
rblair@cooley.com
srichards@cooley.com

*Attorneys for Defendants Odonate Therapeutics, Inc., Kevin C. Tang, Michael Hearne and John G. Lemkey*

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for the Defendants and that I have obtained their authorization to affix their electronic signatures to this document.

By: */s/ Matthew L. Tuccillo*
Matthew L. Tuccillo

4

JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT
3:20-cv-01828-H-LL

# CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 26, 2021.

By: /s/ *Matthew L. Tuccillo*
Matthew L. Tuccillo

5

JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT
3:20-cv-01828-H-LL