

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KENDALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE, and JOHN G. LEMKEY,<br><br>Defendant. | Case No.:  20cv1828-H-LL<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO FILE JOINT MOTION FOR DISMISSAL** |

In a "Joint Motion to Enter Stipulation to Stay proceedings Pending Settlement" filed on October 26, 2021, counsel for both parties informed the Court they "have reached an agreement in principle to settle this litigation in its entirety, subject to work on the settlement documents which is ongoing." ECF No. 39. Accordingly, the Early Neutral Evaluation Conference and Case Management Conference, and requirements related to participating therein including the filing of a Joint Discovery Plan [see ECF No. 38], are **VACATED**. Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

The parties are ordered to file their joint motion for dismissal of this case, signed by counsel of record and any unrepresented parties, no later than **December 1, 2021**. A

proposed order on the joint motion for dismissal must be emailed to the district judge's chambers[1] on the same day. If the signed joint motion for dismissal is timely filed, the parties and attorneys are not required to make any further appearances before Judge Lopez.

If the fully executed joint motion for dismissal is not filed by **December 1, 2021**, then all counsel of record and unrepresented parties are required to appear in person for a Settlement Disposition Conference. The Settlement Disposition Conference will be held on **December 9, 2021** at **9:30 a.m.** in **Courtroom 2B**.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, and the parties fail to file the signed joint motion for dismissal in a timely manner, the Court will issue an order to show cause why sanctions should not be imposed for failing to comply with this Order.

**IT IS SO ORDERED**.

Dated:  October 27, 2021

_____
Honorable Linda Lopez
United States Magistrate Judge

---

[1] The proposed order shall be emailed pursuant to section 2(h) of the United States District Court for the Southern District of California's Electronic Case Filing Administrative Policies and Procedures Manual, available at www.casd.uscourts.gov.

2

20cv1828-H-LL