# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KENDALL, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE, and JOHN G. LEMKEY,<br><br>         Defendants. | Case No.: 3:20-cv-01828-H-LL<br><br>**ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT**<br><br>[Doc. No. 39.] |

On April 13, 2021, Plaintiff Kevin Kendall filed a second amended complaint against Defendants Odonate Therapeutics, Inc., Kevin C. Tang, Michael Hearne, and John G. Lemkey. (Doc. No. 24.) On May 13, 2021, Defendants filed a motion to dismiss Plaintiff's second amended complaint, (Doc. No. 25), and on August 4, 2021, the Court denied Defendants' motion to dismiss. (Doc. No. 36.) On September 3, 2021, Defendants filed an answer. (Doc. No. 38.)

On October 26, 2021, the parties filed a joint motion to stay the proceedings pending settlement. (Doc. No. 39.) The parties represent that they have reached an agreement in

3:20-cv-01828-H-LL

principle to settle and are in the process of working on the settlement documents. (Id.) For good cause shown, the Court grants the parties motion and vacates all pending dates and deadlines in the action. The motion for preliminary approval of class action settlement is due on or before **January 31, 2021**.

**IT IS SO ORDERED.**

DATED: November 2, 2021

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT