COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
STEPHEN RICHARDS (308868)
(srichards@cooley.com)
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

Attorneys for Defendants
Odonate Therapeutics, Inc., Kevin C. Tang,
Michael Hearne, and John G. Lemkey

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KENDALL, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:20-cv-01828-H-LL |
| Plaintiff, | **DEFENDANTS' NOTICE OF NON-OPPOSITION** |
| v. | |
| ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE, and JOHN G. LEMKEY, | |
| Defendants. | |

Defendants Odonate Therapeutics, Inc., Kevin C. Tang, Michael Hearne, and John G. Lemkey do not oppose Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement & Dissemination of Notice to the Class (Dkt. No. 43) and, therefore, submit this written Statement of Non-Opposition pursuant to S.D. Cal. Civ. L.R. 7.1(e)(2) and 7.1(f)(3)(a).

Dated: January 3, 2022                    COOLEY LLP


                                          By: */s/ Ryan E. Blair*
                                              Ryan E. Blair

                                          Attorneys for Defendants
                                          Odonate Therapeutics, Inc., Kevin C.
                                          Tang, Michael Hearne, and John G.
                                          Lemkey