# Exhibit A



Ryan E. Blair  
+1 858 550 6047  
rblair@cooley.com

CONFIDENTIAL  
VIA Fed-Ex

December 10, 2021

The Honorable Merrick Garland  
Attorney General of the United States of America  
U.S. Department of Justice  
950 Pennsylvania Avenue, NW  
Washington, DC 20530-0001

**Re:  Notice of Proposed Class Action Settlement Under 28 U.S.C. § 1715**  
*Kendall v. Odonate Therapeutics, Inc., et al.*  
United States District Court, Southern District of California, Case No. 3:20-cv-1828-H-LL

Dear Attorney General Garland and State Attorneys General:

In accordance with the notice provisions of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b), this letter is intended to constitute notice by settling defendants in the above-referenced class action that a proposed settlement of the action has been filed with the court.  As of the date of this letter, the plaintiffs in the action have filed an unopposed motion for preliminary approval of the proposed settlement, but the court has not yet ruled on the motion nor taken any other action with regard to the proposed settlement.

CAFA lists eight items that must be provided to you in connection with any proposed class action settlement.  Each of these items is addressed below, and the corresponding documents are contained in the enclosed CD:

A. **28 U.S.C. § 1715 (b)(I): a copy of the complaint and any materials filed with the complaint and any amended complaints.**

1) The original Complaint in *Kendall v. Odonate Therapeutics, Inc., et al.,* No. 3:20-cv-1828-H-LL (S.D. Cal.), filed on September 16, 2020, contained in the enclosed CD as **Exhibit A.**

2) The First Amended Complaint, filed on February 16, 2021, contained in the enclosed CD as **Exhibit B.**

3) The Second Amended Complaint, filed on April 13, 2021, contained in the enclosed CD as **Exhibit C.**

B. **28 U.S.C. § 1715 (b)(2): notice of any scheduled judicial hearing in the class action.**

4) Lead Plaintiff's Notice of Unopposed Motion for Preliminary Approval of Class Action Settlement & Directing Dissemination of Notice to the Class and Memorandum of Points and Authorities in Support, contained in the enclosed CD as **Exhibit D**. The hearing on the Motion for Preliminary Approval of the Class Action Settlement is scheduled for January 10, 2022 at 10:30 a.m. Pacific before the Honorable Marilyn L. Huff, United States District

# Cooley

December 10, 2021
Page Two

        Judge for the Southern District of California, at the James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101.

**C.**   <u>**28 U.S.C. § 1715(b)(3):**</u> **any proposed or final notification to class members.**

    5)     Declaration of Matthew L. Tuccillo in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement & Directing Dissemination of Notice to the Class, contained in the enclosed CD as **Exhibit E.** This document and its accompanying exhibits contain the draft notice(s) that will notify class members of the proposed settlement and the settlement fairness hearing, briefly explain the process of requesting exclusion from the settlement, and explain how to obtain further information about the settlement.

**D.**   <u>**28 U.S.C. § 1715(b)(4):**</u> **any proposed or final class action settlement.**

    6)     The proposed Stipulation of Settlement between the parties, which is included within **Exhibit E.** There is currently no final class action settlement.

**E.**   <u>**28 U.S.C. § 1715(b)(5):**</u> **any settlement or other agreement contemporaneously made between class counsel and counsel for defendants.**

    7)     The parties to the settlement have also entered into a separate confidential agreement, called the "Supplemental Agreement" and referred to at page 12 of the Amended Stipulation and Agreement of Settlement (included within **Exhibit E**), which provides that defendants shall have the right to terminate the settlement in the event that requests for exclusion from the settlement exceed certain agreed-upon criteria. This agreement remains confidential and has not been included with the enclosed materials. Should you require additional information about the Supplemental Agreement, please contact me and we will coordinate with counsel for the Lead Plaintiffs to make all reasonable efforts to address your questions, subject to the confidentiality provision.

**F.**   <u>**28 U.S.C. § 1715(b)(6):**</u> **any final judgment or notice of dismissal.**

    8)     The court has not yet issued any final judgment or notice of dismissal. The parties' proposed Order Preliminarily Approving Settlement and Providing for Notice, which the court has not yet entered or approved, is included within **Exhibit E.**

    9)     The parties' proposed Order and Final Judgment, which is included within **Exhibit E**.

**G.**   <u>**28 U.S.C. § 1715(b)(7):**</u> **(A) If feasible, the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or (B) if the provision of the information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement.**

    10)     In this securities class action, the names and state residences of the class members will not be known until after notice of the settlement is given and potential class members submit claim forms, so it is not feasible at this time to provide a list of class members by state of residence, a reasonable estimate of the number of class members residing in each state, or a reasonable estimate of the proportionate share of the claims of class members



December 10, 2021
Page Three

residing in each state to the entire settlement.  Class members who properly submit claims forms and supporting documentation will receive their *pro rata* share of the net settlement fund.

**H.  <u>28 U.S.C. § 1715(b)(8):</u> any written judicial opinion relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6).**

11)    An order of the court, dated August 4, 2021, denying Defendants' motion to dismiss, contained in the enclosed CD as **Exhibit F**.

If you have any questions about this notice or the enclosures, please do not hesitate to contact us.

Sincerely,

*Ryan E. Blair*

Ryan E. Blair

CC: State Attorneys General (see attached service list)

*Kendall v. Odonate Therapeutics, Inc., et al.*
**CAFA NOTICE SERVICE LIST**

**ALABAMA**
Steve Marshall
Alabama Attorney General
501 Washington Ave.
Montgomery, AL 36104
(334) 242-7300

**ALASKA**
Treg R. Taylor
Alaska Attorney General
1031 West 4th Ave., Suite 200
Anchorage, AK 99501-1994
(907) 269-5100

**AMERICAN SAMOA**
Fainu'ulelei Falefatu Ala'ilima-UtuAmerican
Samoa Attorney General
Department of Legal Affairs
American Samoa Government
P.O. Box 7
Pago Pago, AS 96799
(684) 633-4163

**ARIZONA**
Mark Brnovich
Arizona Attorney General
2005 North Central Ave.
Phoenix, AZ 85004-2926
(602) 542-5025

**ARKANSAS**
Leslie Rutledge
Arkansas Attorney General
323 Center St., Ste. 200
Little Rock, AR 72201-2610
(800) 482-8982

1

**CALIFORNIA**

CAFA Coordinator
Office of the Attorney General
Consumer Law Section
455 Golden Gate Ave., Suite 11000
Sacramento, CA 94102
(916) 324-5437

**COLORADO**

Philip J. Weiser
Colorado Attorney General
1300 Broadway, 10th fl.
Denver, CO 80203
(720) 508-6000

**CONNECTICUT**

William Tong
Connecticut Attorney General
165 Capitol Ave.
Hartford, CT 06106
(860) 808-5318

**DELAWARE**

Kathy Jennings
Delaware Attorney General
820 North French Street
Wilmington, DE 19801
(302) 577-8400

**DISTRICT OF COLUMBIA**

Karl A. Racine
District of Columbia Attorney General
441 4th St. NW
Washington, DC 20001
(202) 727-3400

**FLORIDA**

Ashley Moody
Florida Attorney General
The Capitol, Plaza Level One
Tallahassee, FL 32399-1050
(850) 245-0140

**GEORGIA**
Christopher M. Carr
Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-1300
(404) 483-2477

**GUAM**
Leevin Taitano Camacho
Guam Attorney General
Office of the Attorney General Guam
287 W O'Brien Dr
Hagåtña, 96910, Guam
(671) 475-3324

**HAWAII**
Clare E. Connors
Hawaii Attorney General
425 Queen Street
Honolulu, HI 96813
(808) 586-1282

**IDAHO**
Lawrence Wasden
Idaho Attorney General
700 W. Jefferson Street, Suite 210
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400

**ILLINOIS**
Kwame Raoul
Illinois Attorney General
100 West Randolph Street
Chicago, IL 60601
(312) 814-3000

**INDIANA**
Todd Rokita
Indiana Attorney General
302 W. Washington St., 5th floor
Indianapolis, IN 46204
(317) 232-6201

3

**IOWA**
Thomas J. Miller
Iowa Attorney General
1305 E. Walnut St.
Des Moines, IA 50319
(515) 281-5164

**KANSAS**
Derek Schmidt
Kansas Attorney General Office
120 SW 10th Ave., 2nd fl.
Topeka, KS 66612-1597
(785) 296-2215

**KENTUCKY**
Daniel Cameron
Kentucky Attorney General
700 Capitol Ave., Suite 118
Frankfort, KY 40601
(502) 696-5300

**LOUISIANA**
Jeff Landry
Louisiana Attorney General
P.O. Box 94005
Baton Rouge, LA 70804
(225) 326-6000

**MAINE**
Aaron Frey
Maine Attorney General
State House Station 6
Augusta, ME 04333-0006
(207) 626-8800

**MARYLAND**
Brian Frosh
Maryland Attorney General
200 St. Paul Place
Baltimore, MD 21202
(410) 576-6300

4

**MASSACHUSETTS**
Maura Healey
Massachusetts Attorney General
One Ashburton Place
Boston, MA 02108-1518
(617) 727-2200

**MICHIGAN**
Dana Nessel
Michigan Attorney General
G. Mennen Williams Building
P.O. Box 30212
Lansing, MI 48909
(517) 335-7622

**MINNESOTA**
Keith Ellison
Minnesota Attorney General
445 Minnesota St., Ste. 1400
St. Paul, MN 55101
(651) 296-3353

**MISSISSIPPI**
Lynn Fitch
Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205
(601) 359-3680

**MISSOURI**
Eric Schmidt
Missouri Attorney General
P.O. Box 899
Jefferson City, MO 65102
(573) 751-3321

**MONTANA**
Austin Knudsen
Montana Attorney General
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2026

**NEBRASKA**
Doug Peterson
Nebraska Attorney General
Office of the Attorney General
345 State Capitol
Lincoln, NE 68509
(402) 471-2683

**NEVADA**
Aaron Ford
Nevada Attorney General
100 North Carson Street
Carson City, NV 89701
(775) 684-1100

**NEW HAMPSHIRE**
John M. Formella
New Hampshire Attorney General
New Hampshire Dept. of Justice
33 Capitol Street
Concord, NH 03301
(603) 271-3658

**NEW JERSEY**
Andrew J. Bruck
New Jersey Attorney General
RJ Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ 08625-0080
(609) 292-4925

**NEW MEXICO**
Hector Balderas
New Mexico Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, NM 87501
(505) 490-4060

**NEW YORK**
CAFA Coordinator
Office of the New York Attorney General
28 Liberty Street, 15th Fl.
New York, NY 10005
(800) 771-7755

6

**NORTH CAROLINA**
Joshua Stein
North Carolina Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9001
(919) 716-6400

**NORTH DAKOTA**
Wayne Stenehjem
North Dakota Attorney General
600 East Boulevard Avenue, Dept. 125
Bismarck, ND 58505
(701) 328-2210

**N. MARIANA ISLANDS**
Edward Manibusan
N. Mariana Islands Attorney General
Caller Box 10007
Saipan, MP 96950-8907
(670) 664-2341

**OHIO**
Dave Yost
Ohio Attorney General
30 East Broad Street, 14th fl.
Columbus, OH 43215
(800) 282-0515

**OKLAHOMA**
John M. O'Connor
Oklahoma Attorney General
313 NE 21st St.
Oklahoma City, OK 73105
(405) 521-3921

**OREGON**
Ellen F. Rosenblum
Oregon Attorney General
1162 Court St., NE
Salem, OR 97301-4096
(503) 378-4400

7

**PENNSYLVANIA**
Joshua Shapiro
Pennsylvania Attorney General
1600 Strawberry Square
Harrisburg, PA 17120
(717) 787-3391

**PUERTO RICO**
Domingo Emanuelli Hernández
Puerto Rico Attorney General
PO Box 9020192
San Juan, PR, 00902-0192
(787) 721-2900

**RHODE ISLAND**
Peter Neronha
Rhode Island Attorney General
150 South Main Street
Providence, RI 02903
(401) 274-4400

**SOUTH CAROLINA**
Alan Wilson
South Carolina Attorney General
P.O. Box 11549
Columbia, SC 29211
(803) 734-3970

**SOUTH DAKOTA**
Jason Ravnsborg
South Dakota Attorney General
1302 East Highway 14, Ste. 1
Pierre, SD 57501-8501
(605) 773-3215

**TENNESSEE**
Herbert Slatery III
Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-3491

8

**TEXAS**
Ken Paxton
Texas Attorney General
P.O. Box 12548
Austin, TX 78711-2548
(512) 463-2100

**UTAH**
Sean D. Reyes
Utah Attorney General
P.O. Box 142320
Salt Lake City, UT 84114-2320
(801) 366-0260

**VERMONT**
TJ Donovan
Vermont Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-3171

**VIRGINIA**
Mark Herring
Virginia Attorney General
202 North Ninth Street
Richmond, VA 23219
(804) 786-2071

**VIRGIN ISLANDS**
Denise N. George
Attorney General of the Virgin Islands
Office of the Attorney General
3438 Kronprinsdens Gade
GERS Bldg., 2nd fl.
St. Thomas, VI 00802
(340) 774-5666 x10107

**WASHINGTON**
Bob Ferguson
Washington Attorney General
1125 Washington St. SE
P.O. Box 40100
Olympia, WA 98504-0100
(360) 753-6200

**WEST VIRGINIA**
Patrick Morrisey
West Virginia Attorney General
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305
(304) 558-2021

**WISCONSIN**
Josh Kaul
Wisconsin Attorney General
P.O. Box 7857
Madison, WI 53707-7857
(608) 266-1221

**WYOMING**
Bridget Hill
Wyoming Attorney General
Kendrick Building
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7841

**UNITED STATES**
Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001