**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN KENDALL, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>           v.<br><br>ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE, and JOHN G. LEMKEY,<br><br>                    Defendants. | Case No.  3:20-cv-1828-H-LL<br><br>Class Action |

## DECLARATION OF JOSEPHINE BRAVATA CONCERNING (A) MAILING OF THE SHORT NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS

I, Josephine Bravata, declare as follows:

1.     I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over twenty years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred (500) class action cases since its inception.  I am over 21 years of age and am not a party to this action.  I have personal knowledge of the facts set forth herein.

### MAILING OF SHORT NOTICE

2.     Pursuant to the Court's Amended Order: (1) Certifying Class For Settlement Purposes; (2) Preliminarily Approving Class Settlement; (3) Appointing Class Representative and Co-Counsel; (4) Approving Class Notice; and (5) Scheduling Final Approval Hearing, dated January 18, 2022 (Dkt. No. 50, the "Court's Preliminary Approval Order"), SCS was retained as

Claims Administrator to supervise and administer the notice procedure, as well as the processing of claims, in connection with the Settlement[1] in the above-captioned action.

3.        To provide actual notice to all persons or entities that purchased or otherwise acquired the stock of Odonate Therapeutics, Inc. ("Odonate") between December 7, 2017 and March 25, 2021, both dates inclusive (the "Settlement Class Period"), pursuant to the Court's Preliminary Approval Order, SCS printed and mailed the Notice of Pendency of Class Action ("Short Notice") to potential members of the Settlement Class.  A true and correct copy of the Short Notice is attached as **Exhibit A**.

4.        First, SCS mailed, by first class mail, postage prepaid, the Short Notice to one organization identified in the transfer records which were provided to SCS.  These records reflect entities that held Odonate stock for their own account, or for the account(s) of their clients during the Settlement Class Period.  SCS received the transfer records from Defendants' Counsel, and the mailing was completed on February 7, 2022.

5.        As in most class actions of this nature, the large majority of potential Settlement Class Members are beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  SCS maintains a proprietary master list consisting of 978 banks and brokerage companies ("Nominee Account Holders"), as well as 1,222 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups"). On February 4, 2022, SCS caused a letter to be mailed or e-mailed to the 2,200 nominees contained

---

[1]        All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation of Settlement, dated as of November 18, 2021 (the "Stipulation").

in the SCS master mailing list.  The letter notified them of the Settlement and requested that they, within ten (10) calendar days from the date of the letter, either (a) send a Short Notice to their customers who may be beneficial purchasers/owners; (b) request an electronic Short Notice and email the electronic Short Notice to the beneficial purchasers/owners for whom email addresses were available; or provide SCS with a list of the names, mailing addresses, and email addresses of such beneficial owners so that SCS could promptly mail/email the Short Notice directly to them. A copy of the letter sent to these nominees is attached as **Exhibit B.**

6.      Following these mailings, SCS received additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Short Notice be mailed by SCS, and SCS received requests from nominees for Short Notices so that the nominees could forward them to their customers.

7.      To date, SCS has mailed a total of 25,088 Short Notices;[2] one was mailed to a potential Settlement Class Member included on the transfer agent list, and the remaining 25,087 Short Notices were mailed to potential Settlement Class Members identified to SCS by Nominee Account Holders, Institutional Groups, and other individuals.  Additionally, SCS was notified by one of the nominees that it emailed 11,101 of its customers to notify them of this Settlement and provided direct links to the Short Notice on the settlement webpage.

8.      Out of the 25,088 Short Notices mailed, 851 were returned undeliverable. Of these 851 undeliverable Short Notices, the United States Postal Service provided forwarding addresses for 41, and SCS immediately mailed another Short Notice to the potential Settlement Class

---

[2]      SCS received 5 requests from the potential Settlement Class Members to mail the Short Notice with Proof of Claim and Release Form ("Claim Form") (collectively with the Short Notice, "Notice Packet"). SCS immediately mailed a Notice Packet to the potential Settlement Class Members. **Exhibit C** is a copy of the Notice Packet.

Members at the updated addresses. The remaining 810 Short Notices returned undeliverable were "skip-traced" to obtain updated addresses, and 290 new Short Notices were mailed to updated addresses obtained through skip-tracing.

9.      SCS also sent the Depository Trust Company ("DTC") a Notice Packet for the DTC to publish on its Legal Notice System ("LENS") on February 4, 2022. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.

## PUBLICATION OF THE SUMMARY NOTICE

10.      Pursuant to the Court's Preliminary Approval Order, the Notice of Pendency and Proposed Settlement of Class Action ("Summary Notice") was published once over *GlobeNewswire* on February 7, 2022, as shown in the confirmations of publication attached hereto as **Exhibit D.**

## TOLL-FREE PHONE LINE

11.      SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement as well as request for a Notice Packet. SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## SETTLEMENT WEBSITE

12.      On February 1, 2022, SCS established a dedicated webpage for the Settlement, www.strategicclaims.net/odonate/.  The webpage contains a current status, important deadlines, an online claim filing link, and the following downloadable documents: the Claim Form; the Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing ("Long Notice"); the Short Notice; the Court's Preliminary Approval

Order; and the Stipulation.  Both the Short Notice and the Summary Notice directed Settlement Class Members to the webpage to access the downloadable documents.  The webpage will continue to be updated with relevant court documents and case updates. As of the date of this declaration, the webpage has received 11,459 pageviews from 2,517 unique users.

## REPORT ON EXCLUSIONS AND OBJECTIONS

13.    The Short Notice directed potential Settlement Class Members to the Long Notice if they decided to submit a request for exclusion. The Long Notice then informed them that written requests for exclusion were to be mailed to SCS such that they are received no later than May 2, 2022.  SCS has been monitoring all mail delivered for this case.  As of the date of this Declaration, SCS has not received any exclusion requests.

14.    According to the Long Notice, Settlement Class Members seeking to object to the proposed Settlement, the proposed Plan of Allocation, any proposed compensatory award, and/or Co-Lead Counsel's fee, cost, and expense application were required to submit their objection in writing such that the request was received by Co-Lead Counsel and Defendants' Counsel, as well as filed with the Clerk of the Court, no later than May 2, 2022.  As of the date of this Declaration, SCS has neither received any objections nor has been notified that Co-Lead Counsel has received any objections.

## CLAIM FORM FILING STATUS

15.    To date, SCS has received over 4,833 Claim Forms. The deadline to submit a claim was to be received no later than May 2, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16th day of May 2022, in Media, Pennsylvania.


Josephine Bravata

**EXHIBIT A**

*A federal court has authorized this notice. This is not a solicitation from a lawyer.*

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KENDALL, Individually and On Behalf of All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>                   v.<br><br>ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE, and JOHN G. LEMKEY,<br><br>                                  Defendants. | Case No.  3:20-cv-1828-H-LL<br><br>Class Action |

### NOTICE OF PENDENCY OF CLASS ACTION

### PLEASE READ THIS NOTICE CAREFULLY.

### IF YOU PURCHASED OR OTHERWISE ACQUIRED THE STOCK OF ODONATE THERAPEUTICS, INC. ("ODONATE") (NASDAQ: ODT) BETWEEN DECEMBER 7, 2017 AND MARCH 25, 2021, BOTH DATES INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THIS CASE.

**YOU ARE HEREBY NOTIFIED** that a proposed settlement (the "Settlement") has been reached in this action (the "Class Action" or "Action"). A hearing will be held on June 6, 2022, at 10:30 a.m., before the Honorable Marilyn L. Huff, United States District Judge, at the courthouse for the United States District Court, Southern District of California, James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101.

The purpose of the hearing is to determine, among other things: (1) whether the proposed Settlement of the Action against the Defendants Odonate, Kevin C. Tang, Michael Hearne, and John G. Lemkey for total gross settlement consideration of twelve million seven hundred fifty thousand dollars ($12,750,000.00) (the "Settlement Fund") should be approved as fair, reasonable and adequate; (2) whether the Plan of Allocation is fair and reasonable and should be approved; (3) whether Lead Plaintiff's application for reimbursement of expenses not to exceed one hundred thousand dollars ($100,000.00), Lead Plaintiff's request for a compensatory award in the amount of five thousand dollars ($5,000.00), and Co-Lead Counsel's application for an award of attorneys' fees not to exceed one third (33 1/3%) of the gross Settlement Fund, all to be paid from the Settlement Fund, should be granted; and (4) whether the Action should be dismissed with prejudice against the Defendants as set forth in the Stipulation of Settlement (the "Stipulation") filed with the Court.

## Why Am I Receiving this Notice?

This Notice is issued pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of California (the "Court"), entered January 18, 2022.  The Court has certified a class of investors for settlement purposes only (the "Settlement Class" or "Class").  You are receiving this Notice because you may be a member of the Settlement Class (a "Settlement Class Member"). If you are a Settlement Class Member, your rights will be affected by this lawsuit.  The purpose of this Notice

is to inform you of: (a) the existence of this Class Action; (b) the certification of the Settlement Class; and (c) your right to be excluded from the Settlement Class.  If you do not fall within the Settlement Class described below, this Notice does not apply to you.

## Who Is a Class Member?

The Settlement Class will consist of all persons or entities that purchased or otherwise acquired the stock of Odonate (NASDAQ: ODT) between December 7, 2017 and March 25, 2021, both dates inclusive (the "Settlement Class Period").  The Settlement Class excludes the Defendants; members of their immediate families and their affiliates; any entity in which any Defendant had a controlling interest during the Settlement Class Period; any person who served as an officer or director of Odonate during the Settlement Class Period; the judges presiding over the Action and the immediate family members of such judges; any persons or entities listed on the Settlement Exclusion List (as defined in the Stipulation); and the successors, heirs, and assigns of any excluded person.  Additional details are listed within the long-form Notice, which can be obtained as described below.

## Overview And Status Of The Class Action, Co-Lead Counsel

The case has been litigated since September 16, 2020.  Lead Plaintiff alleges that, in violation of the U.S. federal securities laws, Defendants made material misrepresentations and omissions, with scienter, concerning Odonate's clinical trials & business operations, reported results, and internal controls causing Odonate's stock price to be inflated during the Settlement Class Period.  Lead Plaintiff further alleges that revelation of Defendants' fraud caused a statistically significant stock decline, thereby injuring Lead Plaintiff and the Settlement Class of investors.  Defendants have denied and continue to deny these allegations and deny that they committed any act or omission giving rise to any liability or violation of the law.  Lead Plaintiff and the Settlement Class are represented by Co-Lead Counsel in the Class Action: Matthew L. Tuccillo, Pomerantz LLP, 600 Third Avenue, 20th Floor, New York, NY 10016, (212) 661-1100 and/or Corey D. Holzer, Holzer & Holzer, LLC, 211 Perimeter Center Parkway, Suite 1010, Atlanta, GA 30346, (770) 392-0090.

## HOW YOU CAN LEARN MORE ABOUT YOUR RIGHTS

If you purchased or otherwise acquired Odonate stock during the Settlement Class Period, your rights may be affected by this Action and the Settlement thereof.  You may obtain the Stipulation; the detailed long-form Notice of Proposed Settlement of Class Action, Motion For Attorneys' Fees and Expenses, and Settlement Fairness Hearing; and the Proof of Claim and Release Form (the "Proof of Claim") free of charge from the Claims Administrator.

**The Notice, Stipulation of Settlement, and Proof of Claim form can be accessed and downloaded from the Claims Administrator's website at www.strategicclaims.net/odonate/.**

## HOW YOU CAN EXERCISE YOUR RIGHTS

If you are a member of the Settlement Class and wish to share in the Settlement proceeds, you must submit a valid Proof of Claim, with supporting documentation, received no later than  May 2, 2022, establishing that you are entitled to recovery.

You will be bound by any Judgment entered in the Action, regardless of whether you submit a Proof of Claim, unless you exclude yourself from the Class, in accordance with the procedures set forth in the long-form Notice, received no later than May 2, 2022.  If you decide to exclude yourself from the Settlement Class and wish to file your own individual lawsuit based on the Released Settlement Class Claims, Defendants in the future may argue that you face a time bar under applicable statutes of limitation or repose, risks that you should discuss with an appropriate legal advisor.

If you do not exclude yourself, you can opt to object to the settlement, the Plan of Allocation, Co-Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses, or Lead Plaintiff's request for a compensatory award in the manner and form explained in the long-form Notice. Any such objections must be filed and served, in accordance with the procedures set forth in the long-form Notice, received no later than May 2, 2022.

## The Claims Administrator

The Claims Administrator hired by Co-Lead Counsel to administer the Settlement is Strategic Claims Services. If you are unable to download the Stipulation, long-form Notice, and Proof of Claim via the Claims Administrator's website, as described above, you may contact the Claims Administrator to obtain copies.

*Kendall v. Odonate Therapeutics, Inc.*
c/o Strategic Claims Services
600 North Jackson Street, Suite 205
Media, PA 19063
Tel: 866-274-4004
Email: info@strategicclaims.net
Website: www.strategicclaims.net/odonate/

## Notice To Banks, Brokers And Other Nominees

The Court has ordered that, if, for the beneficial interest of any other person, you held any Odonate stock that was purchased during the Settlement Class Period, then, within ten (10) days after you receive this Notice, you must either:

(A) provide a list of the names and addresses and email addresses of such beneficial owners to the Claims Administrator, preferably in an MS Excel data file, or printed on physical mailing labels; or
(B) request sufficient copies of this Notice to send copies to all such beneficial owners, send such Notices by first class mail within ten (10) days after receipt of such copies, and confirm in writing to the Claims Administrator that such notice has been sent. If you elect this option, you must also retain your mailing records for use in connection with any further notices that may be provided in this Class Action.

Under either option, upon full and timely compliance and submission of appropriate documentation to the Claims Administrator, per the contact information set forth above, you may obtain reimbursement for the actual administrative costs reasonably incurred in complying with the obligations above, up to 0.10 plus postage at the current pre-sort rate used by the Claims Administrator per notice mailed; $0.05 per notice transmitted by email; or $0.05 per name, mailing address, and email address provided to the Claims Administrator, which expenses would not have been incurred except for the sending of such notice, and subject to further order of the Court with respect to any dispute concerning such reimbursement.

## Please Retain Your Records And Keep Your Address Current

Settlement Class Members seeking payment pursuant to the Settlement will be required to document their trades in Odonate stock during the Settlement Class Period. *For this reason, please be sure to keep all records of your transactions in these securities.*

To ensure you receive any further notices, please inform the Claims Administrator of any address change. If this Notice was not sent to your current address, please provide it to the Claims Administrator now.

Dated: January 18, 2022                    **By Order of the Court**
                                            **United States District Court, Southern District of California**

**PLEASE NOTE: INQUIRIES <u>SHOULD NOT</u> BE DIRECTED TO THE COURT, THE CLERK'S OFFICE, THE DEFENDANTS, OR DEFENDANTS' COUNSEL.**

3

*Kendall v. Odonate Therapeutics, Inc.*
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

**EXHIBIT B**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202        EMAIL: info@strategicclaims.net    FAX: (610) 565-7985

February 4, 2022

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS OR ENTITIES THAT PURCHASED OR OTHERWISE ACQUIRED THE STOCK OF ODONATE THERAPEUTICS, INC. ("ODONATE") (NASDAQ: OTD) BETWEEN DECEMBER 7, 2017 AND MARCH 25, 2021, BOTH DATES INCLUSIVE.

Excluded from the Settlement Class are Defendants; members of their immediate families and their affiliates; any entity in which any Defendant had a controlling interest during the Settlement Class Period; any person who served as an officer or director of Odonate during the Settlement Class Period; the judges presiding over the Action and the immediate family members of such judges; any persons or entities listed on the Settlement Exclusion List (as defined in the Stipulation); and the successors, heirs, and assigns of any excluded person.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Kendall v. Odonate Therapeutics, Inc.*<br>Case No. 3:20-cv-1828-H-LL<br>Claim Filing Deadline: May 2, 2022<br>Exclusion Deadline: May 2, 2022<br>Objection Deadline: May 2, 2022<br>Settlement Hearing: June 6, 2022 | Cusip Number: 676079106 |

<u>**PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE**</u>

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing or mailing of the Short Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with the Short Notice to do the mailing. After the receipt of the Notices, you have ten (10) calendar days to mail them.
4. Request a copy of the Short Notice in electronic format and advise us that you will be emailing to your beneficial purchasers/owners within ten (10) calendar days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.05 per email if you email the Short Notice** OR
- **$0.05 per name and address or email address** if you are providing us the records OR
- **$0.10 per name and address, including materials, plus postage at the current pre-sort rate use by the Claims Administrator if** you are requesting the Short Notice and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of this legal matter. A copy of the Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expenses, and Settlement Fairness Hearing and Proof of Claim and Release Form and important documents are available on our website www.strategicclaims.net/odonate/. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,

Claims Administrator
Kendall v. Odonate Therapeutics, Inc.

**EXHIBIT C**

*A federal court has authorized this notice. This is not a solicitation from a lawyer.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KENDALL, Individually and On Behalf of All Others Similarly Situated, | Case No.  3:20-cv-1828-H-LL |
| Plaintiff, | Class Action |
| v. | |
| ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE, and JOHN G. LEMKEY, | |
| Defendants. | |

## NOTICE OF PENDENCY OF CLASS ACTION

### PLEASE READ THIS NOTICE CAREFULLY.

**IF YOU PURCHASED OR OTHERWISE ACQUIRED THE STOCK OF ODONATE THERAPEUTICS, INC. ("ODONATE") (NASDAQ: ODT) BETWEEN DECEMBER 7, 2017 AND MARCH 25, 2021, BOTH DATES INCLUSIVE, YOUR RIGHTS MAY BE AFFECTED BY THIS CASE.**

**YOU ARE HEREBY NOTIFIED** that a proposed settlement (the "Settlement") has been reached in this action (the "Class Action" or "Action"). A hearing will be held on June 6, 2022, at 10:30 a.m., before the Honorable Marilyn L. Huff, United States District Judge, at the courthouse for the United States District Court, Southern District of California, James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA 92101.

The purpose of the hearing is to determine, among other things: (1) whether the proposed Settlement of the Action against the Defendants Odonate, Kevin C. Tang, Michael Hearne, and John G. Lemkey for total gross settlement consideration of twelve million seven hundred fifty thousand dollars ($12,750,000.00) (the "Settlement Fund") should be approved as fair, reasonable and adequate; (2) whether the Plan of Allocation is fair and reasonable and should be approved; (3) whether Lead Plaintiff's application for reimbursement of expenses not to exceed one hundred thousand dollars ($100,000.00), Lead Plaintiff's request for a compensatory award in the amount of five thousand dollars ($5,000.00), and Co-Lead Counsel's application for an award of attorneys' fees not to exceed one third (33 1/3%) of the gross Settlement Fund, all to be paid from the Settlement Fund, should be granted; and (4) whether the Action should be dismissed with prejudice against the Defendants as set forth in the Stipulation of Settlement (the "Stipulation") filed with the Court.

## Why Am I Receiving this Notice?

This Notice is issued pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of California (the "Court"), entered January 18, 2022.  The Court has certified a class of investors for settlement purposes only (the "Settlement Class" or "Class").  You are receiving this Notice because you may be a member of the Settlement Class (a "Settlement Class Member").  If you are a Settlement Class Member, your rights will be affected by this lawsuit.  The purpose of this Notice

is to inform you of: (a) the existence of this Class Action; (b) the certification of the Settlement Class; and (c) your right to be excluded from the Settlement Class.  If you do not fall within the Settlement Class described below, this Notice does not apply to you.

## Who Is a Class Member?

The Settlement Class will consist of all persons or entities that purchased or otherwise acquired the stock of Odonate (NASDAQ: ODT) between December 7, 2017 and March 25, 2021, both dates inclusive (the "Settlement Class Period").  The Settlement Class excludes the Defendants; members of their immediate families and their affiliates; any entity in which any Defendant had a controlling interest during the Settlement Class Period; any person who served as an officer or director of Odonate during the Settlement Class Period; the judges presiding over the Action and the immediate family members of such judges; any persons or entities listed on the Settlement Exclusion List (as defined in the Stipulation); and the successors, heirs, and assigns of any excluded person.  Additional details are listed within the long-form Notice, which can be obtained as described below.

## Overview And Status Of The Class Action, Co-Lead Counsel

The case has been litigated since September 16, 2020.  Lead Plaintiff alleges that, in violation of the U.S. federal securities laws, Defendants made material misrepresentations and omissions, with scienter, concerning Odonate's clinical trials & business operations, reported results, and internal controls causing Odonate's stock price to be inflated during the Settlement Class Period.  Lead Plaintiff further alleges that revelation of Defendants' fraud caused a statistically significant stock decline, thereby injuring Lead Plaintiff and the Settlement Class of investors.  Defendants have denied and continue to deny these allegations and deny that they committed any act or omission giving rise to any liability or violation of the law.  Lead Plaintiff and the Settlement Class are represented by Co-Lead Counsel in the Class Action: Matthew L. Tuccillo, Pomerantz LLP, 600 Third Avenue, 20th Floor, New York, NY 10016, (212) 661-1100 and/or Corey D. Holzer, Holzer & Holzer, LLC, 211 Perimeter Center Parkway, Suite 1010, Atlanta, GA 30346, (770) 392-0090.

## HOW YOU CAN LEARN MORE ABOUT YOUR RIGHTS

If you purchased or otherwise acquired Odonate stock during the Settlement Class Period, your rights may be affected by this Action and the Settlement thereof.  You may obtain the Stipulation; the detailed long-form Notice of Proposed Settlement of Class Action, Motion For Attorneys' Fees and Expenses, and Settlement Fairness Hearing; and the Proof of Claim and Release Form (the "Proof of Claim") free of charge from the Claims Administrator.

**The Notice, Stipulation of Settlement, and Proof of Claim form can be accessed and downloaded from the Claims Administrator's website at www.strategicclaims.net/odonate/.**

## HOW YOU CAN EXERCISE YOUR RIGHTS

If you are a member of the Settlement Class and wish to share in the Settlement proceeds, you must submit a valid Proof of Claim, with supporting documentation, received no later than  May 2, 2022, establishing that you are entitled to recovery.

You will be bound by any Judgment entered in the Action, regardless of whether you submit a Proof of Claim, unless you exclude yourself from the Class, in accordance with the procedures set forth in the long-form Notice, received no later than May 2, 2022.  If you decide to exclude yourself from the Settlement Class and wish to file your own individual lawsuit based on the Released Settlement Class Claims, Defendants in the future may argue that you face a time bar under applicable statutes of limitation or repose, risks that you should discuss with an appropriate legal advisor.

If you do not exclude yourself, you can opt to object to the settlement, the Plan of Allocation, Co-Lead Counsel's request for an award of attorneys' fees and reimbursement of expenses, or Lead Plaintiff's request for a compensatory award in the manner and form explained in the long-form Notice. Any such objections must be filed and served, in accordance with the procedures set forth in the long-form Notice, received no later than May 2, 2022.

| The Claims Administrator |
|---|

The Claims Administrator hired by Co-Lead Counsel to administer the Settlement is Strategic Claims Services. If you are unable to download the Stipulation, long-form Notice, and Proof of Claim via the Claims Administrator's website, as described above, you may contact the Claims Administrator to obtain copies.

*Kendall v. Odonate Therapeutics, Inc.*
c/o Strategic Claims Services
600 North Jackson Street, Suite 205
Media, PA 19063
Tel: 866-274-4004
Email: info@strategicclaims.net
Website: www.strategicclaims.net/odonate/

| Notice To Banks, Brokers And Other Nominees |
|---|

The Court has ordered that, if, for the beneficial interest of any other person, you held any Odonate stock that was purchased during the Settlement Class Period, then, within ten (10) days after you receive this Notice, you must either:

(A) provide a list of the names and addresses and email addresses of such beneficial owners to the Claims Administrator, preferably in an MS Excel data file, or printed on physical mailing labels; or
(B) request sufficient copies of this Notice to send copies to all such beneficial owners, send such Notices by first class mail within ten (10) days after receipt of such copies, and confirm in writing to the Claims Administrator that such notice has been sent. If you elect this option, you must also retain your mailing records for use in connection with any further notices that may be provided in this Class Action.

Under either option, upon full and timely compliance and submission of appropriate documentation to the Claims Administrator, per the contact information set forth above, you may obtain reimbursement for the actual administrative costs reasonably incurred in complying with the obligations above, up to 0.10 plus postage at the current pre-sort rate used by the Claims Administrator per notice mailed; $0.05 per notice transmitted by email; or $0.05 per name, mailing address, and email address provided to the Claims Administrator, which expenses would not have been incurred except for the sending of such notice, and subject to further order of the Court with respect to any dispute concerning such reimbursement.

| Please Retain Your Records And Keep Your Address Current |
|---|

Settlement Class Members seeking payment pursuant to the Settlement will be required to document their trades in Odonate stock during the Settlement Class Period. *For this reason, please be sure to keep all records of your transactions in these securities.*

To ensure you receive any further notices, please inform the Claims Administrator of any address change. If this Notice was not sent to your current address, please provide it to the Claims Administrator now.

Dated: January 18, 2022          **By Order of the Court**
**United States District Court, Southern District of California**

**PLEASE NOTE: INQUIRIES <u>SHOULD NOT</u> BE DIRECTED TO THE COURT, THE CLERK'S OFFICE, THE DEFENDANTS, OR DEFENDANTS' COUNSEL.**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN KENDALL, Individually and On Behalf of All Others Similarly Situated,<br><br>                                Plaintiff,<br><br>                    v.<br><br>ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE, and JOHN G. LEMKEY,<br><br>                                Defendants. | Case No.  3:20-cv-1828-H-LL<br><br>Class Action |

**PROOF OF CLAIM AND RELEASE FORM**

**A. GENERAL INSTRUCTIONS & INFORMATION**

1.    You are urged to read carefully the accompanying Notice of Proposed Settlement of Class Action, Motion for Attorneys' Fees and Expense, and Settlement Fairness Hearing (the "Notice").

2.    To file a claim and recover under the Settlement of this Action, you must submit this Proof of Claim and Release Form (the "Proof of Claim").  However, such filing is not a guarantee that you will share in the proceeds of the Settlement in the Action.

**3.    Your completed and signed Proof of Claim must be received on or before May 2, 2022, addressed to the Claims Administrator at:**

*Kendall v. Odonate Therapeutics, Inc.*
c/o Strategic Claims Services
600 North Jackson Street, Suite 205
Media, PA 19063
Tel: 866-274-4004
Email: info@strategicclaims.net

4.    If you are a member of the Settlement Class and you do not timely request exclusion, you will be bound by the terms of any judgment entered in the Action.

5.    If you are **not** a member of the Settlement Class, **do not** submit a Proof of Claim.

**6.    For help completing this Proof of Claim, please contact the Claims Administrator.**

**B. INSTRUCTIONS FOR FILLING OUT THE PROOF OF CLAIM FORM**

**Important additional information regarding the Settlement and this Proof of Claim is contained in the Notice posted on the Claims Administrator's website, www.strategicclaims.net/odonate.  Please refer to the Plan of Allocation set forth in the Notice for a detailed explanation of how a Claimant's Recognized Loss will be calculated.**

1.    To be eligible to participate in the distribution of the Net Settlement Fund, a claimant ("Claimant") must have purchased, or otherwise acquired, the stock of Odonate (NASDAQ: ODT) between December 7, 2017 and March 25, 2021, both dates inclusive (the "Settlement Class Period").

1

2.    The submission of a Proof of Claim does not ensure that your claim will be upheld or that you will share in any recovery. All claims are subject to verification and investigation. You may be requested to provide further information.

3.    All claims must be made by persons or entities who were beneficial owners (as opposed to record holders or nominees) of shares of Odonate stock. (Brokerage firms, banks and other nominees are requested to transmit copies of the Notice and this Proof of Claim to their present or former customers who were such beneficial owners).  If the Odonate stock was owned jointly, all joint owners must complete and sign the Proof of Claim.

4.    Executors, administrators, guardians, conservators and trustees may complete and sign the Proof of Claim on behalf of persons or entities represented by them, but they must identify such persons or entities and provide proof of their authority (*e.g.,* powers of attorney or currently effective letters testamentary or letters of administration) to do so.

5.    You must file a separate Proof of Claim for each differently named account or ownership, such as an individual account, an IRA account, a joint account, or a custodial account, etc.  Joint tenants, co-owners, or custodians UGMA should file a single claim.  Claimants who file one or more claims (*e.g.,* one in Claimant's name and one for an IRA or joint ownership) must identify the other claims filed.

6.    The date of purchase and/or sale of shares of Odonate stock is the "trade" date and not the "settlement" date.

7.    The first-in, first-out basis ("FIFO") will be applied to both purchases and sales.

8.    Exercise of option contracts will be considered to be purchases or sales of stock.  The purchase/sale date of the stock shall be the exercise of the option and the purchase/sale price of the stock shall be the closing price of Odonate stock on the date exercise.

9.    The date of covering a "short sale" is deemed to be the date of purchase of Odonate stock; and the date of a "share sale" is deemed to be the date of sale of Odonate stock.  Stock originally sold short will have a Recognized Loss of zero.

10. No cash payment will be made on a claim where the potential distribution is less than ten dollars ($10.00).

11. You must attach to your claim form **copies** of brokerage confirmations, monthly statements or other documentation of your transactions in Odonate stock for your claim to be valid.  If such documents are not available, a complete list of acceptable supporting documentation can be found on the Claims Administrator's website: www.strategicclaims.net/odonate. Failure to provide this documentation could delay verification of your claim or could result in rejection of your claim.

12. If your trading activity during the Settlement Class Period exceeds 50 transactions, you must provide all purchase and sale information required in the Schedule of Transactions in an electronic file. For a copy of instructions and the parameters concerning an electronic submission, contact the Claims Administrator by phone: 866-274-4004; via email: info@strategicclaims.net; or via the website: www.strategicclaims.net/odonate.

13. If you have questions or need additional Proofs of Claim, contact the Claims Administrator via the information in the preceding paragraph.  You may make photocopies of this form.

ODONATE

*Kendall v. Odonate Therapeutics, Inc.*

## PROOF OF CLAIM

***The Claims Administrator must receive this form no later than May 2, 2022.***

**C. CLAIMANT IDENTIFICATION** *(Please Type or Print)*

| |
|---|
| Beneficial Owner's Name *(as it appears on your brokerage statement)* |
| Joint Beneficial Owner's Name *(as it appears on your brokerage statement)* |
| Street Address |

| City | State | Zip Code |
|---|---|---|
| | | |

| |
|---|
| Foreign Province/Country |
| Social Security or Taxpayer Identification Number |

| Area Code   Telephone Number (Day) | Area Code   Telephone Number (Evening) |
|---|---|
| Facsimile Number | Email Address |

| |
|---|
| Record Owner's Name and Address *(if different from beneficial owner listed above)* |
| |

Specify <u>one</u> of the following:

☐ Individual(s)      ☐ Corporation      ☐ UGMA Custodian   ☐ IRA

☐ Partnership       ☐ Estate           ☐ Trust            ☐ Other: _____

3

ODONATE

## D. SCHEDULE OF TRANSACTIONS IN ODONATE'S STOCK

| Name | Social Security or Taxpayer Identification Number |
|---|---|
| | |

1.   State the total number of Odonate shares owned at the close of trading on December 6, 2017, long or short *(if none, enter "0"; if other than zero, must be documented):* _____

2.   Separately list each and every **purchase** of Odonate stock during the period December 7, 2017 **through** June 23, 2021, inclusive, and provide the following information *(must be documented)*. Please note, purchases after March 25, 2021 will be used to balance your claim only*:*

| Purchase Date *(list chronologically)* Month/Day/Year | Number of Securities Purchased | Price Per Share *(excluding commissions, taxes, and other fees)* | Total Purchase Price *(excluding commissions, taxes, and other fees)* |
|---|---|---|---|
| ____/____/____ | | $ | $ |
| ____/____/____ | | $ | $ |
| ____/____/____ | | $ | $ |
| ____/____/____ | | $ | $ |

3.   Separately list each and every **sale** of Odonate stock during the period December 7, 2017 **through** June 23, 2021, inclusive, and provide the following information *(must be documented)*. Please note, sales after March 25, 2021 will be used to balance your claim only:

| Sale Date *(list chronologically)* Month/Day/Year | Number of Securities Sold | Price Per Share *(excluding commissions, taxes, and other fees)* | Total Sale Price *(excluding commissions, taxes, and other fees)* |
|---|---|---|---|
| ____/____/____ | | $ | $ |
| ____/____/____ | | $ | $ |
| ____/____/____ | | $ | $ |
| ____/____/____ | | $ | $ |

4.   State the total number of Odonate shares owned at the close of trading on June 23, 2021 long or short *(if none, enter "0"; if other than zero, must be documented):* _____

**If you need additional space, attach the required information on separate, numbered sheets in the same format as above and print your name and Social Security or Taxpayer Identification number at the top of each additional sheet.**

4

ODONATE

**YOU MUST ALSO READ THE RELEASE AND SIGN THE CERTIFICATION OR THE W-8 CERTIFICATION BELOW**

### E. SUBMISSION TO JURISDICTION OF THE COURT

By submitting this Proof of Claim and Release Form, I/we, and every Settlement Class Member I/we represent, submit to the jurisdiction of the United States District Court for the Southern District of California for purposes of this Action and the Settlement of the Action, as reflected in the Stipulation of Settlement (the "Stipulation"). I/We further agree to be bound by the orders of the Court, agree that this Proof of Claim Form, my/our status or the status of the Settlement Class member I/we represent as a Claimant, and the allowable amount of this claim will be subject to review and further inquiry, and that I/we will furnish such additional documentation with respect to this Proof of Claim as may be required.

### F. RELEASE

1.      By signing this Proof of Claim and Release Form, and in consideration of the establishment of the Settlement Consideration, as of the effective date thereof, the undersigned claimant ("Claimant") on behalf of himself/herself/itself, his/her/its successors, heirs, executors, administrators, and assigns, hereby releases and forever discharges (a) Defendant Odonate, (b) Defendant Kevin C. Tang, (c) Defendant Michael Hearne, (d) Defendant John G. Lemkey, (e) all other current and former officers and directors of Odonate, (f) all other employees of Odonate, and (g) any persons or entities listed on the Settlement Exclusion List, as defined in the Stipulation (altogether the "Released Parties"), from any and all claims and causes of action of every nature and description, whether known or Unknown Claims, whether contingent or absolute, whether suspected or unsuspected, whether asserted or unasserted, whether arising under federal, state, local, common, statutory, administrative or foreign law, or any other law, rule or regulation, at law or in equity, whether class or individual in nature, whether accrued or unaccrued, whether liquidated or unliquidated, whether matured or unmatured that (i) the Lead Plaintiff or any other Settlement Class Members asserted in the Second Amended Class Action Complaint ("SAC"); or (ii) could have been asserted in any court or forum that arise out of or are based on the allegations, transactions, facts, matters or occurrences, representations, or omissions set forth in the SAC and that relate to the purchase or acquisition of shares of Odonate stock on the Nasdaq Global Select Market (NASDAQ: ODT) during the Settlement Class Period (the "Released Settlement Class Claims"). The Released Settlement Class Claims exclude (i) any derivative claims based on the facts alleged in the SAC; and (ii) claims relating to the enforcement of the Settlement.

2.      Conversely, Defendants and the other Released Parties, on behalf of themselves, their successors, heirs, executors, administrators, and assigns, hereby fully, finally, and forever release, relinquish, and discharge any and all claims or causes of action of every nature and description, whether known or Unknown Claims, whether asserted or unasserted, whether arising under federal, state, local, common, statutory, administrative or foreign law, or any other law, rule or regulation, at law or in equity, whether class or individual in nature, whether accrued or unaccrued, whether liquidated or unliquidated, whether matured or unmatured, that arise out of or relate in any way to the institution, prosecution, or settlement of the claims against Released Parties, including without limitation any claims under Fed. R. Civ. P. 11, except for claims relating to the enforcement of the Settlement (the "Released Defendant Claims").

3.      For purposes of these release provisions, "Unknown Claims" means and includes (i) any and all Released Settlement Class Claims that Lead Plaintiff or any Settlement Class Member do not know or suspect to exist in his, her or its favor at the time of the release of the Released Parties which, if known by him, her or it, might have affected his, her or its decision(s) with respect to the Settlement; and (ii) any and all Released Defendant Claims that any Defendant or other Released Party does not know or suspect to exist in his, her, or its favor, which if known by him, her, or it might have affected his, her, or its decision(s) with respect to the Settlement. With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Lead Plaintiff and Defendants shall expressly waive, and each of the Settlement Class Members shall be deemed to have, and by operation of the Judgment, shall have, expressly waived, the provisions, rights, and benefits conferred by any law of any state or territory of the United States,

5

ODONATE

or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code § 1542, which provides: "A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party." The Parties acknowledge, and Settlement Class Members and the other Released Parties by operation of law shall be deemed to have acknowledged, that the inclusion of "Unknown Claims" in the definition of Released Settlement Class Claims and Released Defendant Claims was separately bargained for and was a key element of the Settlement.

## G. REPRESENTATIONS

I/We acknowledge that I/we have read the Notice, and that pursuant thereto I/we file this claim to participate in the Settlement.

I/We hereby warrant and represent that neither I/we, nor any person I/we represent, is a Defendant (as defined in the Notice) with respect to any of the claims asserted in the Action, a member of the immediate family of any of the Defendants, or anyone excluded from the Settlement Class as it is defined in the Stipulation, or a person or entity who has requested exclusion from the Settlement Class.

I/We hereby warrant and represent that I am/we are authorized to execute and deliver this Proof of Claim and Release Form.

## H. CERTIFICATION

I/We certify that I am/we are not subject to backup withholding. **(If you have been notified by the IRS that you are subject to backup withholding, strike out the previous sentence.).**

**I/We certify that I/we purchased Odonate stock listed in the above Schedule during the period between December 7, 2017 and March 25, 2021, both dates inclusive.**

I/We declare and affirm under penalties of perjury that the foregoing information and the documents attached hereto, including the Social Security or Taxpayer Identification Number shown on this Proof of Claim, are true, correct and complete to the best of my/our knowledge, information and belief, and that this Proof of Claim was executed this _____ day of _____, 202_ in:

_____ _____ .

(City)                                                  (State/Country)

_____                    _____
Signature of Claimant                              Signature of Joint Claimant, if any

_____                    _____
(Print your name here)                             (Print your name here)

_____
Signature of Person signing on behalf of Claimant

_____
(Print your name here)

_____
Capacity of person signing on behalf of Claimant, if other than an individual, (Executor, President, Custodian, etc.)

6

ODONATE

**SUBSTITUTE FORM W-8:** IF YOU ARE NOT A RESIDENT OR CITIZEN OF THE UNITED STATES, COMPLETE THE FOLLOWING:

Permanent residence (principal office if a corporation)

If your claim is connected with a trade or business conducted in the U.S., please provide the name and address of your U.S. business, the type of business, and the Federal Tax Identification Number of the U.S. business.

_____
Name of U.S. Business

_____
Address of U.S. Business

_____         _____
Type of Business                                    Tax Identification Number

   **W-8 Certification:** Under the penalties of perjury, I certify that the information provided above is true, correct and complete.


Signature(s) _____Date: _____

_____Date: _____


## ACCURATE CLAIMS PROCESSING TAKES A SIGNIFICANT AMOUNT OF TIME. THANK YOU FOR YOUR PATIENCE.

**Reminder Checklist:**

1. Remember to sign the above Release and Certification (or W-8 Certification).
2. Remember to attach only **copies** of acceptable supporting documentation, a complete list of which can be found on the Claims Administrator's website at www.strategicclaims.net.
3. Do not send originals of stock certificates.
4. Keep copies of the completed claim form and documentation for your own records.
5. If you desire an acknowledgment of receipt of your claim form, please send it Certified Mail, Return Receipt Requested, or its equivalent. **You will bear all risks of delay or non-delivery of your claim.**
6. If your address changes in the future, or if these documents were sent to an old or incorrect address, please send us **written** notification of your new address.

If you have questions or concerns regarding your claim, please contact the Claims Administrator at:


*Kendall v. Odonate Therapeutics, Inc.*
c/o Strategic Claims Services
600 North Jackson Street, Suite 205
Media, PA  19063
Tel:  866-274-4004
Email: info@strategicclaims.net


7

THIS PAGE IS INTENTIONALLY LEFT BLANK.

8

*Kendall v. Odonate Therapeutics, Inc.*
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

**Josephine Bravata**

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Monday, February 07, 2022 9:01 AM |
| **To:** | jbravata@strategicclaims.net |
| **Cc:** | jbravata@strategicclaims.net |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: Pomerantz LLP |



# Release Distribution Confirmation

1

**Pomerantz LLP and Holzer & Holzer, LLC Announce Proposed Securities Class Action Settlement on Behalf of Purchasers of Odonate Therapeutics, Inc. common stock – ODTC**

*Cross time: 02/07/22 09:00 AM ET: Eastern Time* - *View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

2