Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone: (818) 532-6449
Email: jpafiti@pomlaw.com

*Counsel for Plaintiffs and Proposed Lead Settlement Class Counsel*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEVIN KENDALL, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE and JOHN G. LEMKEY, <br><br> Defendants. | Case No. 3:20-cv-01828-H-JLB <br><br> **DECLARATION OF KEVIN KENDALL IN SUPPORT OF LEAD PLAINTIFF'S MOTIONS FOR FINAL APPROVAL OF SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARD FOR LEAD PLAINTIFF** |

DECLARATION OF KEVIN KENDALL
3:20-CV-01828-H-JLB

I, Kevin Kendall, hereby declare:

1.     I submit this Declaration in support of (1) my Motion for Final Approval of Settlement, Class Certification, and Plan of Allocation and (2) my application for a compensatory award for the time spent directly related to my representation of the Class and Co-Lead Counsel's request for attorneys' fees and reimbursement of expenses as set forth in my Motion for Award of Attorney's Fees, Reimbursement of Expenses, and Compensatory Award for Lead Plaintiff.

2.     I have personal knowledge of the facts attested to herein.

3.     I served as the Court-approved Lead Plaintiff in this Action.

4.     As Lead Plaintiff, I have been in regular contact with Co-Lead Counsel.  In this capacity, I compiled my trading data, completed certifications, and have received and reviewed the pleadings, in both draft and final form, including the complaints and the motion to dismiss briefing.  I have requested and received regular updates as to the progress of the litigation and issues of strategy and approach, and I was consulted before and during settlement discussions, during which I was in communication with Co-Lead Counsel, articulated my settlement authority, and approved the Settlement before it was finalized.

5.     I support the proposed Settlement for $12,750,000 in cash.   I believe this is a fair and reasonable result achieved by Co-Lead Counsel.

6.     In my capacity as a Lead Plaintiff in the litigation, I spent considerable time in connection with the Action.   In reviewing my records relating to this lawsuit, I estimate that I spent __55____ hours performing the tasks above to achieve the greatest benefit to the class.  Given my participation in this litigation, I respectfully request reimbursement of $5,000.00 for these efforts that led to the Settlement.

7.     I support the requested award of attorneys' fees in the amount of 33 and 1/3% of the Settlement Amount, or $4,250,000.

- 1 -

DECLARATION OF KEVIN KENDALL
3:20-CV-01828-H-JLB

8.      I also support reimbursement of attorneys' expenses as requested.

9.      In sum, I respectfully request that the Court approve the Settlement; grant a compensatory award of $5,000.00 to me in light of my time and effort expended in pursuing this Action; and approve the attorneys' fee request of 33 and 1/3% of the Settlement Amount and full reimbursement of legal expenses.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed this __13__th day of __May__ 2022.

DocuSigned by:

_Kevin Kendall_
8EA6744A87AA41A...

Kevin Kendall

- 2 -

DECLARATION OF KEVIN KENDALL
3:20-CV-01828-H-JLB