COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone:  +1 858 550 6000
Facsimile:   +1 858 550-6420

Attorneys for Defendants
Odonate Therapeutics, Inc., Kevin C. Tang,
Michael Hearne, and John G. Lemkey

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KENDALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE, and JOHN G. LEMKEY,<br><br>Defendants. | Case No. 3:20-cv-01828-H-LL<br><br>**DEFENDANTS' NOTICE OF NON-OPPOSITION** |

Defendants Odonate Therapeutics, Inc., Kevin C. Tang, Michael Hearne, and John G. Lemkey do not oppose Lead Plaintiff's Motion for Final Approval of Class Action Settlement, Class Certification, and Plan of Allocation (Dkt. No. 51) and, therefore, submit this written Statement of Non-Opposition pursuant to S.D. Cal. Civ. L.R. 7.1(e)(2) and 7.1(f)(3)(a).

Dated: May 23, 2022                       COOLEY LLP


By: */s/ Ryan E. Blair*
　　　 Ryan E. Blair

Attorneys for Defendants
Odonate Therapeutics, Inc., Kevin C.
Tang, Michael Hearne, and John G.
Lemkey