COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone:  +1 858 550 6000
Facsimile:   +1 858 550-6420

Attorneys for Defendants
Odonate Therapeutics, Inc., Kevin C. Tang,
Michael Hearne, and John G. Lemkey

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KENDALL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE, and JOHN G. LEMKEY,<br><br>Defendants. | Case No. 3:20-cv-01828-H-LL<br><br>**SUPPLEMENTAL DECLARATION OF RYAN E. BLAIR REGARDING COMPLIANCE WITH CLASS ACTION FAIRNESS ACT, 28 U.S.C. § 1715** |

I, Ryan E. Blair, hereby declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and am admitted to practice before this Court.  I am a partner with the law firm of Cooley LLP, attorneys of record for Defendants Odonate Therapeutics, Inc., Kevin C. Tang, Michael Hearne, and John G. Lemkey.  I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2.      On December 10, 2021, I caused to be sent by FedEx or U.S. mail a notice letter to the Attorney General of the United States and the attorneys general of each state and territory informing them of the proposed settlement and Plaintiffs' unopposed motion for preliminary approval.  A true and correct copy of the notice letter is attached as Exhibit A.  Each notice letter contained a list of the electronic documents included as enclosures.

3.      I have not received objections from the relevant state and federal officials, who have now had more than five months to review the proposed settlement.

4.      I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on May 23, 2022, in San Diego, California.


                                        /s/ Ryan E. Blair
                                          Ryan E. Blair

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

**SUPP. BLAIR DECL. RE CAFA**
**CASE NO. 3:20-CV-01828-H-LL**