Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff and Proposed Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KENDALL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE and JOHN G. LEMKEY,<br><br>Defendants. | Case No. 3:20-cv-01828-H-JLB<br><br>**LEAD PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARDS TO LEAD PLAINTIFF**<br>Date:   June 6, 2022<br>Time:   10:30 a.m.<br>Place:  Courtroom 15A, 15th Floor<br>Judge:  Hon. Marilyn L. Huff |

# TABLE OF CONTENTS

I.      INTRODUCTION .................................................................................................1

II.     ARGUMENT.......................................................................................................3

      A.      The Settlement Class Received Notice As The Court Ordered ............3

      B.      The Overall Reaction Of The Settlement Class
             Overwhelmingly Supports Granting The Fee Motion .........................4

III.    CONCLUSION....................................................................................................5

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Cheng Jiangchen v. Rentech, Inc.*,
   No. CV 17-1490-GW-FFMx, 2019 WL 6001562
   (C.D. Cal. Nov. 8, 2019)................................................................................5

*In re Banc of California Sec. Litig.*,
   No. SACV1700138DMGDFMX, 2020 WL 1283486
   (C.D. Cal. Mar. 16, 2020)............................................................................5

*In re Heritage Bond Litig.*,
   No. 02-ML-1475-DT(RCX), 2005 WL 1594389
   (C.D. Cal. June 10, 2005) ............................................................................5

*In re K12 Inc. Sec. Litig.*,
   No. 4:16-cv-04069-PJH, 2019 WL 3766420
   (N.D. Cal. July 10, 2019).............................................................................5

**Rules**

Fed. R. Civ. P. 23 ..............................................................................................4

Pursuant to the Court's Amended Order Certifying Class for Settlement Purposes, Preliminarily Approving Class Settlement, Appointing Class Representative and Co-Counsel, Approving Class Notice, and Scheduling Final Approval Hearing, entered January 18, 2022 (ECF No. 50) ("Preliminary Approval Order"), Lead Plaintiff Kevin Kendall ("Lead Plaintiff"), on behalf of himself and the Settlement Class, respectfully submits this Reply Memorandum in support of his Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Lead Plaintiff, filed on May 16, 2022 (ECF No. 52) ("Fee Motion").[1]

## I.    INTRODUCTION

Through almost two years of hard-fought litigation of this complex securities class action, Lead Plaintiff and Co-Lead Counsel doggedly pursued a recovery for the investors in Odonate Therapeutics, Inc. ("Odonate") stock and achieved the $12.75 million Settlement on their behalf to fully resolve the Action. As previously detailed for the Court in the opening Memorandum on this Fee Motion (ECF No. 52) ("Opening Brief"), Co-Lead Counsel's significant efforts to secure the Settlement, done on a fully contingent basis and at great risk, necessitated the expenditure of just under $1.8 million[2] in uncompensated lodestar and $56,147.94 in unreimbursed expenses. *See id.* at 1, 2, 19-23. Throughout the litigation, Co-Lead Counsel left no stone unturned, devoting any and all resources necessary to fully investigate the claims and to identify and interview former Odonate employees to provide confidential witness statements; to prepare the initial and multiple amended complaints; to litigate a wide-ranging motion to

---

[1]    Unless otherwise noted, all capitalized terms herein have the same definitions as assigned in the Stipulation of Settlement, dated November 18, 2021 (ECF No. 43-2) ("Stipulation").

[2]    Co-Lead Counsel's total lodestar of $1,797,847.50 excludes any time spent preparing the Fee Motion papers or this Reply.

1

dismiss and motions for judicial notice; to advance the lawsuit into early discovery; to engage in intensive settlement negotiations, including a full-day mediation with Defendants' counsel and an experienced mediator and ensuing post-mediation negotiations; and, following an agreement in principal, to negotiate the terms of the Settlement thereafter in the Memorandum of Understanding and, later, in the Stipulation and its exhibits. *Id.* at 1-5.

Pursuant to the Preliminary Approval Order, The Claims Administrator published the Publication Notice over the *GlobeNewswire* on February 7, 2022 and, as of the filing of this Reply, had mailed a total of 25,088 short-form notices to potential Settlement Class Members, brokers, or nominee holders directing recipients to the Settlement Website, which includes clear, concise information regarding the Settlement, the exclusion deadline, the objection deadline, the claim-filing deadline, the date of the Court's Settlement Hearing, and downloadable copies of the Stipulation, Preliminary Approval Order, Proof of Claim form, and a more detailed long-form notice. *See* Declaration of Josephine Bravata Concerning (A) Mailing of the Short Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections. May 2, 2022 was the deadline for any objections, whether as to the Settlement's terms or as to the request for fees, expenses, and the compensatory award. *See* Bravata Decl. ¶¶13-14; Preliminary Approval Order pg. 15, Section IV.

After this thorough notice program described above, there have been ***no objections to final approval*** of the Settlement; ***no objections to the 33 and 1/3% requested attorneys' fees***; ***no objections to the requested reimbursement of expenses*** (even at a reported figure of $100,000.00, which is nearly 80% higher than the $56,147.94 that the Fee Motion actually seeks); ***no objections to the requested Lead Plaintiff compensatory award***; and ***no official, compliant requests for exclusion*** from potential Settlement Class Members. *See* Bravata

Decl. ¶¶13-14.[3]  By contrast, *4,833 Proofs of Claim* **forms** were received from Settlement Class Members.  Bravata Decl. ¶15.

The deadlines for exclusion requests, objections, and claim submissions have passed.[4]  *Id*. at ¶¶13-15.  Thus, the Settlement Class has spoken, and it overwhelmingly supports the requested 33 and 1/3% attorneys' fees in the amount of $4.25 million, full reimbursement of expenses in the amount of $56,147.94, and a compensatory award to Lead Plaintiff in the amount of $5,000.00.  Lead Plaintiff and Co-Lead Counsel thus respectfully request that the Fee Motion be granted.

## II.    ARGUMENT

### A.    The Settlement Class Received Notice As The Court Ordered

Pursuant to the Preliminary Approval Order, the Claims Administrator mailed 25,088 Court-approved short-form notices to potential Settlement Class Members, brokers, or nominee holders.  *See* Bravata Decl. ¶¶3-9.  The short-form notices directed potential Settlement Class Members to the Claims Administrator's website, where copies of the full, long-form notice, the Stipulation and its exhibits, the Preliminary Approval Order, and the Proof of Claim form were posted, alongside the deadlines ordered by the Court.  *See* Bravata Decl. ¶¶3, 12.  In addition, the Court-approved Publication Notice was published in the *GlobeNewswire* on February 7, 2022.  *See id.* ¶10.  The Claims Administrator also

---

[3]    After the Memo was filed and after the deadline for exclusions, on May 18, 2022, one purported Settlement Class Member, to whom notice was mailed in March 2022, emailed the Claims Administrator expressing an interest in being excluded from the Settlement.  However, the email did not comply with the requirements set forth in the Notice to be excluded from the Settlement, lacking, among other things, any information regarding the individual's trades in Odonate stock, address, and signature.  At Co-Lead Counsel's direction, the Claims Administrator advised this individual of the requirements and the need to submit a formal (but belated) request for exclusion as soon as possible, but, to date, has not responded with additional information.

[4]    Despite the fact that the governing deadlines for requests for exclusions to be received and objections have passed, Lead Plaintiff will update the Court of any compliant exclusion requests and objections that are received before the Final Approval hearing on June 6, 2022.

sent a letter to 2,200 banks, brokerages, and other institutions alerting them to the Settlement and Settlement-related notices. *See id.* ¶5. The letter resulted in 11,101 customers receiving email notification directly from a nominee. *See id.* ¶7. The Claims Administrator also sent the Depository Trust Company a notice packet, which was published on its Legal Notice System on February 4, 2022. *See id.* ¶9. These notice efforts resulted in 11,459 pageviews on the Claims Administrator's website, from 2,517 unique users. *See id.* ¶12. This robust notice program fulfilled the mandate of the Preliminary Approval Order and Fed. R. Civ. P. 23 and resulted in submission of 4,833 Proofs of Claim – an approximately 20% hit rate from the mailings. *See id.* ¶15.

> **B.** **The Overall Reaction Of The Settlement Class Overwhelmingly Supports Granting The Fee Motion**

The Court-approved Notice program alerted Settlement Class Members that Co-Lead Counsel would seek an attorneys' fee award of 33 and 1/3% of the Settlement Fund, the amount now sought in the Fee Motion; that Co-Lead Counsel would seek reimbursement of expenses up to $100,000.00, an amount roughly 80% *higher* than the amount Co-Lead Counsel has actually requested in the Fee Motion, $56,147.94; and that Lead Plaintiff would seek a compensatory award of $5,000.00, the amount sought in the Fee Motion. *See* Bravata Decl., Exh. A (Notice), at 1. The Notice was mailed to 25,088 potential Settlement Class Members, 4,833 of whom submitted Proofs of Claim. *See* Bravata Decl. ¶7, 15. ***Zero*** Settlement Class Members raised any objection whatsoever to the requested attorneys' fees, the request for reimbursement of expenses, or the compensatory award for Lead Plaintiff. *See* Bravata Decl. ¶¶13-14. The Settlement Class's overwhelming support for the Settlement and for Co-Lead Counsel's request for attorneys' fees, expenses, and Lead Plaintiff's compensatory award strongly justifies approval of the Settlement and granting of the requested fees, expenses,

and compensatory award in full. *See, e.g.*, *In re Heritage Bond Litig.*, No. 02-ML-1475-DT(RCX), 2005 WL 1594389, at *15-16 (C.D. Cal. June 10, 2005) (holding that "the lack of significant objections to the requested fees justifies an award of one-third of the Settlement Fund[,]" particularly where the number of objections to the fee was "remarkably small given the wide dissemination of notice"); *In re Banc of California Sec. Litig.*, No. SACV1700138DMGDFMX, 2020 WL 1283486, at *1 (C.D. Cal. Mar. 16, 2020) (awarding one-third fee in a $19.75 million securities class action settlement where there were no objections); *In re K12 Inc. Sec. Litig.*, No. 4:16-cv-04069-PJH, 2019 WL 3766420, at *1 (N.D. Cal. July 10, 2019) (approving 33% fee award on settlement of $3.5 million where there were no objections); *Cheng Jiangchen v. Rentech, Inc.*, No. CV 17-1490-GW-FFMx, 2019 WL 6001562, at *1 (C.D. Cal. Nov. 8, 2019) (approving 33 and 1/3% fee award on settlement of $2.05 million where there were no objections).

## III.   CONCLUSION

Based on the foregoing and the entire record, Lead Plaintiff respectfully requests that the Court award a 33 and 1/3% attorneys' fee in the amount of $4.25 million, order full reimbursement of expenses in the amount of $56,147.94, and order a compensatory award to Lead Plaintiff in the amount of $5,000.00, all in the amounts and on the terms requested in the Fee Motion and Opening Brief (ECF No. 52), by entering the proposed Order submitted as ECF No. 51-1.

Dated May 23, 2022

Respectfully submitted,

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo
**POMERANTZ LLP**
Matthew L. Tuccillo
(admitted *pro hac vice*)
Jennifer Banner Sobers
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: mltuccillo@pomlaw.com
　　　jbsobers@pomlaw.com

**POMERANTZ LLP**
Jennifer Pafiti (282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

**HOLZER & HOLZER, LLC**
Corey D. Holzer (admitted *pro hac vice*)
211 Perimeter Center Parkway
Suite 1010
Atlanta, Georgia 30346
Telephone: (770) 392-0090
Facsimile: (770) 392-0029
cholzer@holzerlaw.com

*Co-Lead Class Counsel*

6

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on May 23, 2022.

*/s/ Matthew L. Tuccillo*
Matthew L. Tuccillo

7