# EXHIBIT A

| Exhibit A | |
|---|---|
| *Kendall v. Odonate Therapeutics, Inc., et al.* , No. 3:20-cv-01828-H-JLB (S.D. Cal.) | |
| Pomerantz LLP | |
| ADDITIONAL UNREIMBURSED EXPENSES | |
| | |
| Description | Amount |
| | |
| Legal Research (Westlaw, Lexis, PACER, Bloomberg) in May 2022 | $163.64 |
| Travel, Lodging & Meals in May 2022 | $42.46 |
| Overtime-Clerical in May 2022 | $748.14 |
| Photocopies from May 2022 | $3.30 |
| Expenses unreimbursed from initial Fee Application | $446.95 |
| | |
| TOTAL UNREIMBURSED EXPENSES | $1,404.49 |