COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
RYAN E. BLAIR (246724)
(rblair@cooley.com)
4401 Eastgate Mall
San Diego, California 92121-1909
Telephone:  +1 858 550 6000
Facsimile:   +1 858 550-6420

Attorneys for Defendants
Odonate Therapeutics, Inc., Kevin C. Tang,
Michael Hearne, and John G. Lemkey

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KENDALL, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE, and JOHN G. LEMKEY, <br><br> Defendants. | Case No. 3:20-cv-01828-H-JLB <br><br> **DEFENDANTS' NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR FINAL DISTRIBUTION OF NET SETTLEMENT FUND** |

Defendants Odonate Therapeutics, Inc., Kevin C. Tang, Michael Hearne, and John G. Lemkey do not oppose Lead Plaintiff's Motion for Final Distribution of Net Settlement Fund (Dkt. No. 62) and, therefore, submit this written Statement of Non-Opposition pursuant to S.D. Cal. Civ. L.R. 7.1(e)(2) and 7.1(f)(3)(a).

Dated:  September 19, 2022            COOLEY LLP


By: */s/ Ryan E. Blair*
    Ryan E. Blair

Attorneys for Defendants
Odonate Therapeutics, Inc., Kevin C. Tang, Michael Hearne, and John G. Lemkey

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

NOTICE OF NON-OPPOSITION
CASE NO. 3:20-CV-01828-H-LL