Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
Email: jpafiti@pomlaw.com

*Counsel for Lead Plaintiff and Proposed Lead Settlement Class Counsel*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN KENDALL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>    v.<br><br>ODONATE THERAPEUTICS, INC., KEVIN C. TANG, MICHAEL HEARNE and JOHN G. LEMKEY,<br><br>Defendants. | Case No. 3:20-cv-01828-H-JLB<br><br>**NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR FINAL DISTRIBUTION OF NET SETTLEMENT FUND**<br><br>Date:  October 3, 2022<br>Time:  10:30 a.m.<br>Place:  To Be Determined<br>Judge:  Hon. Marilyn L. Huff |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Lead Plaintiff Kevin Kendall ("Lead Plaintiff") respectfully submits this Notice of Non-Opposition to his pending unopposed Motion for Final Distribution of Net Settlement Fund (Dkt. No. 62).

Lead Plaintiff filed his Motion on August 24, 2022. *See* Dkt. No. 62. Pursuant to LR 7.1(e), a motion must be opposed not later than fourteen (14) calendar days prior to the noticed hearing. *See* L.R. 7.1(e). Accordingly, any opposition to the Motion was required to be filed no later than September 19, 2022. On September 19, 2022, Defendants filed a Statement of Non-Opposition pursuant to L.R. 7.1(e)(2) and 7.1(f)(3)(a). *See* Dkt. No. 65. There have been no objections or opt out requests to the Settlement nor have there been oppositions by potential Settlement Class Members filed by the opposition deadline.

The Motion is thus unopposed and no further responses are forthcoming from any party, Class Member, or non-party. For this additional reason, and for the reasons set forth in the Motion, unless the Court has any questions, Lead Plaintiff respectfully requests that his unopposed Motion for Final Distribution of Net Settlement Fund be decided on the papers and granted without a hearing.

Granting Lead Plaintiff's motion at this time will permit the Court to remove this action from its active docket and will permit the Claims Administrator to promptly transmit millions of dollars of settlement recovery checks to thousands of investors eligible to receive payments under the Settlement.

*\* \* \* The rest of this page is intentionally left blank \* \* \**

1

Dated: September 20, 2022  Respectfully submitted,


        */s/ Matthew L. Tuccillo*
        Matthew L. Tuccillo
        **POMERANTZ LLP**
        Matthew L. Tuccillo
        (admitted *pro hac vice*)
        Jennifer Banner Sobers
        (admitted *pro hac vice*)
        600 Third Avenue, 20th Floor
        New York, New York 10016
        Telephone: (212) 661-1100
        Facsimile: (212) 661-8665
        Email: mltuccillo@pomlaw.com
          jbsobers@pomlaw.com

        **POMERANTZ LLP**
        Jennifer Pafiti (282790)
        1100 Glendon Avenue, 15th Floor
        Los Angeles, California 90024
        Telephone: (310) 405-7190
        Email: jpafiti@pomlaw.com

        **HOLZER & HOLZER, LLC**
        Corey D. Holzer (admitted *pro hac vice*)
        211 Perimeter Center Parkway
        Suite 1010
        Atlanta, Georgia 30346
        Telephone: (770) 392-0090
        Facsimile: (770) 392-0029
        cholzer@holzerlaw.com

        *Co-Lead Class Counsel*

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 20, 2022.

/s/ Matthew L. Tuccillo
Matthew L. Tuccillo

3